UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM C. KING, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, SECRETARY )<br>OF HOUSING AND URBAN )<br>DEVELOPMENT, )<br>)<br>    Defendants. )<br>_____) | Civil Action No.:05-1074 (RJL) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton Peterson as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.,
Washington, D.C. 20530
(202) 514-7238

Dated: June 18, 2005