IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM C. KING, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALPHONSO R. JACKSON, ) <br>  SECRETARY OF HOUSING AND ) <br>  URBAN DEVELOPMENT ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:05CV01074 (RJL) |

**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Renée S. Orleans will appear in this action on behalf of Defendant, Alphonso R. Jackson, Secretary of Housing and Urban Development, and that Benton G. Peterson hereby withdraws his appearance in this action.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        KENNETH L. WAINSTEIN
        United States Attorney

           /s/ Renée S. Orleans
        HENRY A. AZAR, JR. (D.C. Bar No. 417249)
        RENÉE S. ORLEANS (MD Bar)
        U.S. Department of Justice, Civil Division
        Federal Programs Branch
        20 Massachusetts Ave., N.W., Room 7120
        Washington, D.C.  20530
        Phone: (202) 514-4504; Fax: (202) 616-8470
        Email: renee.orleans@usdoj.gov

Dated: July 12, 2005        **Counsel for Defendant**