UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM C. KING,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   Civ. Action No. 05-1074 (RJL) |
|     v. | ) |
| | ) |
| **ALPHONSO R. JACKSON,** | ) |
|   Secretary Of Housing And | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff to the above action respectfully moves the Court, pursuant to LCvR 7.1, to extend the date for the submission of his Opposition to Defendant's Motion to Dismiss for ten days, until August 25, 2005.

Counsel for defendant has been advised of this Motion and has given her consent.

No extensions have been sought by plaintiff previously.

In light of the demanding schedule of counsel for defendant and the upcoming Labor Day holiday, counsel for plaintiff has already agreed to any reasonable extension needed by defendant on reply.

No other deadlines have been scheduled by the Court. Accordingly, the extension sought by plaintiff should have no effect other than to reschedule the date for defendant's reply.

The grounds in support of this Motion are as follows:

1.) Plaintiff's Opposition to Defendant's Motion to Dismiss is presently due on August 15, 2005. There have been no previous extensions of this due date.

2.) A considerable amount of the factual preparation and legal research that will be incorporated into Plaintiff's Opposition was performed before the Complaint in this action was filed. That work was promptly resumed and its focus sharpened when defendant moved dispositively.

3.) However, an enlargement of time to submit Plaintiff's Opposition is needed due to the engagement of plaintiff's lead counsel in other time-consuming matters, most recently concluding the expert discovery and disclosure processes in <u>Kalinoski v. Evans</u>, Civil Action No. 04-1206 (JDB).

4.) There is no associated counsel who can take over briefing Plaintiff's Opposition. Molly E. Buie, the other attorney with the firm of plaintiff's counsel whose appearance has been entered, has been actively engaged as lead counsel in other pending matters being handled by the firm which represents plaintiff, including <u>Hill-Jefferson v. Potter</u>, No. 100-2005-00680X (EEOC), and <u>Wiggins v. Jackson</u>, No. 100-2005-00434X (EEOC). The remaining attorney in counsel's firm is too junior to be assigned primary responsibility for Plaintiff's Opposition.

WHEREFORE, plaintiff respectfully moves the Court to extend the date for the submission of his Opposition to Defendant's Motion to Dismiss until August 25, 2004.

Respectfully submitted,

Robert C. Seldon, Esq.
  D.C. Bar No. 245100
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C.  20004
Ph (202) 955-6968
Fax (202) 318-2287


By:  _____

Counsel for Plaintiff