UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM C. KING,** )<br>   )<br>   Plaintiff, )<br>   ) Civ. Action No. 05-1074 (RJL)<br>      v. )<br>   )<br>**ALPHONSO R. JACKSON,** )<br>   Secretary Of Housing And )<br>   )<br>   Defendant. )<br>_____) | |

**ORDER**

Upon consideration of Plaintiff's Motion For An Enlargement Of Time, defendant's consent thereto, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

FURTHER ORDERED that the date for the submission of Plaintiff's Opposition To Defendant's Motion To Dismiss is hereby extended until August 25, 2005.

Dated this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE