**ATTACHMENT B**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**



# FISCAL YEAR 2003

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## PLAN UPDATE REPORT

**Office of Departmental Equal Employment Opportunity, Affirmative Employment Division**

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### FOR FISCAL YEAR 2003

## DEPARTMENTWIDE

## TABLE OF CONTENTS

| | PAGE |
|---|---|
| FOREWORD | D-1 |
| COVER SHEET | D-2 |

### DEPARTMENTAL POLICY STATEMENTS

| | |
|---|---|
| • Equal Employment Opportunity | D-3 |
| • Affirmative Employment | D-4 |
| • Prevention of Unlawful Harassment | D-5 |
| • Employment and Accommodation of Persons with Disabilities | D-6 |
| • Disabled Veterans | D-7 |
| • Addressing Sexual Orientation in the Workplace | D-7 |
| • Alternative Dispute Resolution | D-8 |

### REPORT OF WORKFORCE AND PROGRAM ANALYSES, PROBLEM/BARRIER IDENTIFICATION AND REPORT OF OBJECTIVES, AND ACTION ITEMS

### PROGRAM ELEMENT 1 - ORGANIZATION AND RESOURCES

| | |
|---|---|
| • Program Analysis | DI-1 |
| • EEO/AE Organizational Structure, Resources and Programs | DI-1 |
| • HUD's Departmental Overview Chart | DI-5 |
| • Plan for the Prevention of Unlawful Harassment | DI-6 |
| • Problem/Barrier Identification | DI-8 |
| • Report of Objectives and Action Items | DI-9 |

### PROGRAM ELEMENT 2 - WORK FORCE

| | |
|---|---|
| • Program Analysis | DII-1 |
| • Change in the Workforce – Statistical Analysis | |
|     o  by On-Board Numbers | DII-3 |
|     o  by Occupational (PATCOB) Categories | DII-4 |
|     o  by Grade Grouping | DII-8 |

EEOC FORM 566 (8/87)

## U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
## ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
## FOR FISCAL YEAR 2003

## DEPARTMENTWIDE

## TABLE OF CONTENTS

PAGE

### PROGRAM ELEMENT 2 - WORK FORCE (Cont'd)

- Analysis of Under-representation
  - by Occupational (PATCOB) Categories — DII-10
  - by Major Occupations — DII-11
- HUD/CLF Comparative Work Force Percentages
  - by Occupational (PATCOB) Categories — DII-14
- Problem/Barrier Identification — DII-15
- Report of Objectives and Action Items — DII-17
- Combined Hiring and Internal Movement Numerical Objectives
  - by Occupational (PATCOB) Categories — DII-25
  - by Major Occupations — DII-26
- External Hiring Objectives
  - by Occupational (PATCOB) Categories — DII-30
  - by Major Occupations — DII-31
- Internal Movement Objectives
  - by Occupational (PATCOB) Categories — DII-35
  - by Major Occupations — DII-36

### PROGRAM ELEMENT 3 - DISCRIMINATION COMPLAINTS

- Program Analysis – EEO Complaint Processing — DIII-1
- Program Analysis – Alternative Dispute Resolution — DIII-2
- Problem/Barrier Identification — DIII-3
- Report of Objectives and Action Items — DIII-4

### PROGRAM ELEMENT 4 - RECRUITMENT AND HIRING

- Program Analysis — DIV-1
- Statistical Analysis of Fiscal Year 2002 Hiring — DIV-2
- Problem/Barrier Identification — DIV-3
- Report of Objectives and Action Items — DIV-6

### PROGRAM ELEMENT 5 - EMPLOYEE DEVELOPMENT

- Program Analysis — DV-1
- Statistical Analysis of Development Opportunities — DV-2
- Problem/Barrier Identification — DV-5
- Report of Objectives and Action Items — DV-6

EEOC FORM 566 (8/87)

### U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### TABLE OF CONTENTS

PAGE

### PROGRAM ELEMENT 6 - PROMOTIONS

- Program Analysis — DVI-1
- Statistical Analysis of Fiscal Year 2002 Promotions — DVI-2
- Problem/Barrier Identification — DVI-5
- Report of Objectives and Action Items — DVI-7

### PROGRAM ELEMENT 7 - SEPARATIONS

- Program Analysis — DVII-1
- Statistical Analysis of Fiscal Year 2002 Separations — DVII-3
- Problem/Barrier Identification — DVII-5
- Report of Objectives and Action Items — DVII-6

### PROGRAM ELEMENT 8 - PROGRAM EVALUATION

- Program Analysis — DVIII-1
- Problem/Barrier Identification — DVIII-2
- Report of Objectives and Action Items — DVIII-3

## U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### FOR FISCAL YER 2003

### DEPARTMENT-WIDE

**U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
451 7th Street, S. W.
Washington, D. C. 20410

Name and Address of Organization

**Organizational Level:**    Agency __X____    MOC_____    Region_____
                              Command _____    Installation ___    Headquarters

**Number of Employees covered by Plan:**  Total __9,733____
Professional __1,158__    Administrative _7,274_____    Technical __933___
Clerical _____357____    Other _____5_____    Blue Collar __6__

Thelma Rhea Cockrell                              (202) 708-5921 Ext. 6866
**Name of Contact Person/Person**          **Telephone No.**
**Preparing Form**

**William C. King,**
**Director, Office of Departmental Equal Employment Opportunity/Director, Equal**
**Employment Opportunity**
Name and Title of Principal EEO Official

*William C. King*                                4-4-03

**Signature of Principal EEO Official**                  **Date**

**Mel Martinez**
**Secretary**
Name and Title of Head of Organization or Designated Official

*[signature]*                                MAY – 5 2003

**Signature of Head of Organization or Designated Official**

Certifies that this Plan is in Compliance with EEO-MD-714.

EEOC FORM 566 (8/87)                              D-2

## U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### FOREWORD

The Department of Housing and Urban Development's Fiscal Year 2003 Affirmative Employment Program (AEP) Plan Update Report was developed in accordance with the Equal Employment Opportunity Commission (EEOC) guidelines and Management Directive (MD) 714. HUD's AEP has been evaluated based on a comparison of the Department's work force as of September 30, 2002 with the 1990 Civilian Labor Force (CLF) statistics for the appropriate geographic areas. Numerous analyses were conducted to determine the activities and progress attained during Fiscal Year 2002, to identify any instances of under-representation (Manifest imbalance and Conspicuous absence) in the Department's work force, and to surface any barriers that would impede equality of opportunity for minorities and women. Manifest imbalances and Conspicuous absences were identified for each Equal Employment Opportunity (EEO) group by occupational category (PATCOB - Professional, Administrative, Technical, Clerical, Other and Blue Collar), grade groupings and major occupations. The Fiscal Year 2003 AEP Plan Update Report contains the objectives, action items, and numerical goals targeted to correct imbalances and remove barriers that impede progress in our AEP within the Department. We will continue to strive to make HUD a model employer.

## U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM UPDATE REPORT
### FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### POLICY STATEMENT ON EEO/AE



**U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, D.C. 20410-0001

**THE SECRETARY**

**April 2, 2001**

**MEMORANDUM FOR:** All HUD Employees

**FROM:** Mel Martinez

**SUBJECT:  POLICY STATEMENT** - Equal Employment Opportunity, Affirmative Employment, Prevention of Unlawful Harassment, Employment and Accommodation of Persons with Disabilities, Disabled Veterans, and Addressing Sexual Orientation in the Workplace

In conformance with Title VII of the Civil Rights Act of 1964, as amended; the Civil Rights Act of 1991; Executive Order 11478 of 1969, as amended; the Age Discrimination in Employment Act of 1967; as amended; the Equal Pay Act of 1963, as amended; the Rehabilitation Act of 1973, as amended; the Vietnam Era Veteran's Readjustment Act of 1974; the Civil Service Reform Act of 1978; Veterans Employment Opportunities Act of 1998; Executive Order 13087 of 1998; and HUD regulations at 24 CFR Part 7, **it is the policy and intent of the Department of Housing and Urban Development to provide equality of employment opportunity for all persons, and to prohibit discrimination because of race, color, religion, sex, national origin, age, disability, or sexual orientation.** Moreover, HUD is committed to promoting affirmative employment through the removal of barriers and by positive actions at every management level, including the early resolution of Equal Employment Opportunity (EEO) disputes.

These policies are an integral part of HUD's mission and their implementation is a high priority of this Administration. I am personally committed to Equal Employment Opportunity, Affirmative Employment and Diversity (EEO/AE/Diversity) and I expect all employees to support EEO/AE/Diversity. All managers and supervisors are fully accountable for carrying out their EEO/AE/Diversity responsibilities. The Department will take appropriate action when its managers and Supervisors fail to take the necessary actions to ensure that our EEO/AE/Diversity goals and objectives are achieved.

EEOC FORM 566 (8/87)                                                              D-3

## U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### POLICY STATEMENT ON EEO/AE (Cont'd)

The Department's EEO/AE/Diversity goals and objectives are expressed in HUD regulations at 24 CFR Part 7 as well as in the Affirmative Employment Program (AEP) Plan. EEO/AE/Diversity is a critical element in our managerial performance appraisal system, which requires the Senior Executive Service (SES) and managers and supervisors to achieve measurable results in their management of the Department.

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

**It is the policy of the United States Government and the Department of Housing and Urban Development to provide equal opportunity in Federal employment for all persons through the development, implementation, and continuation of an Affirmative Employment Program.** I expect all managers and supervisors to be proactive in implementing EEO/AE/ Diversity. They are required to:

1    Hold subordinate managers and supervisors accountable for promoting EEO/AE/Diversity in every aspect of the Department's policies, programs, and practices.

2.    Attend EEO/AE/Diversity training sessions to ensure full understanding of and sensitivity to EEO/AE/Diversity policies, practices, and procedures.

3.    Make a vigorous effort to assure full and fair representation of qualified minorities, women, and persons with disabilities, including disabled veterans when recruiting, hiring, and providing advancement opportunities.

4.    Use Special Employment Programs to correct the under representation of minorities, women, and persons with disabilities, including disabled veterans, i.e., Part-Time Employment, Cooperative Education, Special Hiring Authorities, Upward Mobility, etc.

5.    Learn and practice Alternative Dispute Resolution (ADR) techniques to resolve problems early before they give rise to formal complaints or union grievances. The Office of Departmental Equal Employment Opportunity (ODEEO) manages HUD's official ADR Program.

6.    Participate in the Affirmative Employment Program planning process by analyzing all aspects of the Department's operations to determine any barriers to full equal employment, and by designing and carrying out actions to remove those barriers.

7.    Refer to the AEP Plan goals and objectives before initiating recruitment, hiring, training, reassignment, and promotion actions.

## U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### POLICY STATEMENT ON EEO/AE (Cont'd)

8. Periodically review AEP progress reports and make adjustments in activities to meet goals and objectives, and to ensure that HUD's work force is empowered, capable, and accountable for results.

9. Fulfill the duties and responsibilities as outlined in 24 CFR Part 7

### UNLAWFUL HARASSMENT

**It is the policy of the Department of Housing and Urban Development that harassment based on race, color, religion, sex (whether or not of a sexual nature), national origin, age, or disability is unacceptable conduct in the work place and will not be tolerated nor will retaliation against anyone who complains of harassment.** Any employee found to have engaged in harassment against any other employee may expect appropriate disciplinary action. All new employees shall be informed of this policy during their initial orientation sessions. This policy shall be periodically reiterated for all employees.

**Harassment** violates Federal law when it involves discriminatory treatment based on race, color, sex (with or without sexual conduct), religion, national origin, age, disability, or because an employee opposed job discrimination or participated in an investigation or complaint proceeding under the EEO statutes. An employer is always responsible for harassment by a manager or supervisor that culminates in a tangible employment action. If the harassment does not lead to a tangible employment action, the employer is liable unless it proves that: 1) it exercised reasonable care to prevent and promptly correct any harassment; and 2) the employee unreasonably failed to complain to management or to avoid harm otherwise. Federal law does not prohibit simple teasing, offhand comments, or isolated incidents that are not extremely serious. Conduct leading to harassment must be sufficiently frequent or severe to create a hostile work environment or result in a "tangible employment action," such as hiring, firing, promotion, or demotion.

**Sexual Harassment** has been determined by the Equal Employment Opportunity Commission (EEOC) to be "unwelcome advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

1. submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

2. submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

3. such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment."

## U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### POLICY STATEMENT ON EEO/AE (Cont'd)

**Sexual harassment** is a form of sex discrimination under Title VII of the Civil Rights Act of 1964. There may be other causes of action under State and local law in addition to those found under Federal civil rights law. These include assault and battery, intentional infliction of emotional distress, wrongful discharge, and negligence. Some advances may even result in criminal charges such as sexual assault or rape.

HUD is responsible for creating a working climate free from unsolicited and unwelcome sexual overtures. The law states, "....an employer is responsible for acts of sexual harassment in the workplace where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action. An employer may also be responsible for the acts of non-employees with respect to sexual harassment of employees in the workplace, where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action."

HUD managers and supervisors are responsible for ensuring a workplace that is free from unlawful harassment.

### EMPLOYMENT AND ACCOMMODATION OF PERSONS WITH DISABILITIES

**It is the policy of the Department of Housing and Urban Development to establish employment practices to promote active recruitment and proper placement of qualified persons with disabilities; provide selective placement assistance to assure retention and career advancement opportunities; and to assure that persons with disabilities have a full opportunity to be represented at every level in the work force.**

**It is also the policy of HUD to provide reasonable accommodation to the known physical or mental limitations of qualified employees and job applicants with disabilities, unless it can be shown that the accommodation would impose an undue hardship on its operations.**

It is the goal of the Department to be a model employer of persons with disabilities by providing full and fair consideration, employment, advancement, and retention of persons with disabilities in a broad range of grade levels and occupations commensurate with their knowledge, skills, and abilities. Further, HUD will assure that persons with disabilities are not unnecessarily excluded or limited because of job design or because of architectural, communication, procedural, or attitudinal barriers.

## U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### POLICY STATEMENT ON EEO/AE (Cont'd)

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Affirmative Employment Program (AEP) Plan covering the hiring, placement, and advancement of persons with disabilities, at their respective office levels. They are also responsible for providing reasonable accommodation, which is a logical adjustment made to a job or work environment that enables a qualified person with disabilities to perform the essential functions of a position.

### DISABLED VETERAN EMPLOYMENT

It is the policy of the Department of Housing and Urban Development to promote the maximum employment and job advancement for qualified disabled veterans, similar to its policy, goals, and objectives with reference to all persons with disabilities.

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Disabled Veterans Affirmative Action Program (DVAAP) Plan, at their respective office levels.

### DISCRIMINATION BASED ON SEXUAL ORIENTATION

It is the policy of the Department of Housing and Urban Development to prohibit discrimination based on sexual orientation. While not mandated by an EEO statute or regulation, HUD is committed to promoting a work environment that is free from discrimination on the basis of sexual orientation in accordance with Executive Order 13087, Addressing Sexual Orientation Discrimination in Federal Civilian Employment, dated May 28, 1998. Such discrimination with respect to employment conduct is not acceptable and will not be tolerated by anyone at HUD.

The Civil Service Reform Act of 1978 describes prohibited personnel practices. One of them, contained in 5 U.S.C. 2302 (b) (10), prohibits any employee who has authority to take personnel actions from discriminating for or against employees or applicants for employment on the basis of conduct that adversely affects either the employee's own job performance or the performance of others. Subsection (C) of 5 U.S.C. 2302 gives notice to agency heads that they will be held responsible for the prevention of prohibited personnel practices. The Office of Personnel Management (OPM) has interpreted this statute to prohibit discrimination based on sexual orientation. While employees and applicants may not seek relief from the Equal Employment Opportunity Commission (EEOC) or file a discrimination complaint under Title VII of the Civil Rights Act of 1964, as amended, they may seek assistance under appropriate administrative procedures and/or appropriate negotiated agreements.

# U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
## ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM UPDATE REPORT
## FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### POLICY STATEMENT ON ALTERNATIVE DISPUTE RESOLUTION



**U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, D.C. 20410-0001

**THE SECRETARY**

**April 2, 2001**

MEMORANDUM FOR:  All HUD Employees

FROM:  Mel Martinez

SUBJECT: **POLICY STATEMENT** - ALTERNATIVE DISPUTE RESOLUTION

**It is the policy of the Department of Housing and Urban Development to use Alternative Dispute Resolution (ADR) in the settlement of all appropriate workplace disputes, consistent with ADR's core principle, fairness and the Department's goal of creating a fair work environment.** By a fair work environment, we mean one in which each manager, supervisor and staff person has a stake in an organizational environment which promotes feedback, acceptance, inclusion and respect.

As required by the Equal Employment Opportunity Commission regulation at 29CFR 1614.102 (b)(2), the Office of Departmental Equal Employment Opportunity (ODEEO) has developed an ADR Program in the area of equal employment opportunity discrimination complaints.  The program is built on fairness (voluntariness, neutrality, confidentiality, and enforceability), flexibility, training and evaluation. The objectives of the program are to reduce the number of HUD EEO cases; reduce expenses incurred through the traditional administrative complaint process; reduce employees'/managers' time spent in litigation and away from the job; improve overall organizational ability to resolve conflict at the lowest level possible; improve morale and enhance workplace relationships; and improve productivity and performance.  The program includes the utilization of contract and Federal Shared Neutral mediators and the training of all HUD staff, managers and supervisors on ADR practices and principles.

EEOC FORM 566 (8/87)

D-8

## U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### POLICY STATEMENT ON EEO/AE (Cont'd)

HUD's ADR Program is available to all of its employees, former employees and applicants for employment who believe that they have suffered discrimination in the workplace because of his or her race, color, national origin, religion, sex, age, disability or in retaliation for participating in the EEO complaint process or having opposed a practice that is illegal under the EEO statutes. HUD's ADR Program, as in most Federal agencies, uses mediation as its ADR technique to accomplish "win-win" resolutions of potential and formal EEO complaints.

HUD's ADR Program is an important endeavor because the program has a number of advantages over the traditional administrative complaint processing techniques, some of which include:

> Expeditious processing and resolution
> Cost effectiveness
> Concentration on interests rather than positions
> Confidentiality
> Fostering a continuing Win/Win relationship

In addition, the outcome will benefit the Department's staff and customers, create a more effective work force and promote a more responsive Government.

To ensure fairness and equal employment opportunity in each HUD organization, the Department depends on the Assistant Secretaries and other Principal Staff, as EEO Officers, to plan and carry out activities and training tailored to their unique cultural and organizational environments. In this effort, they are assisted by their designated high level Discrimination Complaint Managers, Affirmative Employment Program Managers and Diversity Managers located in Headquarters.

I am therefore directing that the Assistant Secretaries and other Principal Staff:

i)    assure that all managers, supervisors and executive level personnel are trained in ADR and conflict management theory and practices, including how to partner to avoid unhealthy conflict;

ii)   assure that ADR is available and promoted whenever conflict may arise in the workplace so that intervention comes at the earliest possible time;

iii)  assure that all staff are trained in communication theory and techniques and in general ADR principles;

iv)   assure that any qualified employee wishing to volunteer as an ADR shared neutral mediator is supported and allowed the appropriate workload adjustments in order to function effectively;

---

EEOC FORM 566 (8/87)                                                        D-9

# U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN
## ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
## FOR FISCAL YEAR 2003

### DEPARTMENTWIDE

### POLICY STATEMENT ON EEO/AE (Cont'd)

v)  assure that incentives are developed which reward the use of ADR, including developing relevant performance standards and awards;

vi)  participate in intra-agency activities to assure the Department's access to, and leadership role in obtaining the best practices in workplace ADR; and

vii)  cooperate in the ADR process once the agency has determined that a matter is appropriate for ADR.

I ask each of you to support this important initiative as an effective means of resolving your workplace disputes.  Questions regarding the Alternative Dispute Resolution Program shall be directed to the ADR Program Manager at (202) 708-0614, extension 6144.

Authorities:     5 CFR Part 1614, "Federal Sector Equal Employment Opportunity"

U.S. Code Title 5, Section § 571-584, "Administrative Dispute Resolution Act" (Public Law 104-320)

Alternative Dispute Resolution Act of 1998 (Public Law 105-315)

National Supplement 31 with American Federation of Government Employees National Council of HUD Locals 222

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT



## FISCAL YEAR 2003

### DEPARTMENTWIDE

### AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## PLAN UPDATE REPORT

## PROGRAM ELEMENT I - ORGANIZATION AND RESOURCES

**Pages DI-1 through DI-9**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## I. ORGANIZATION AND RESOURCES

The Office of Departmental Equal Employment Opportunity (ODEEO) is responsible for the enforcement of Federal laws relating to the elimination of all forms of employment discrimination and works to ensure equality of opportunity for all employees and applicants for employment. ODEEO continues to provide centralized leadership, coordination, monitoring, and evaluation of the Department-wide EEO/AE Program. In accordance with the EEOC's directives and guidance, the Director, ODEEO serves as the Department's EEO Director and currently reports directly to the Assistant Secretary for Fair Housing and Equal Opportunity as a result of a Departmental realignment in November 2001. The organizational structure of the Office of Departmental Equal Employment Opportunity has been identified as a problem/barrier to be addressed this fiscal year. See page DI-8 for the Problem/Barrier Analysis and page DI-9 for Objectives and Action Items.

Despite the current organizational structure, the Office of Departmental Equal Employment Opportunity consists of the immediate Office of the Director, the Affirmative Employment Division, the Equal Employment Opportunity Division, and the Alternative Dispute Resolution (ADR) Program Division and has a staffing ceiling of twenty-nine (29) with a current on-board staff of thirty (30), an increase of six (6) staff members during Fiscal Year 2002. The specific duties and responsibilities include: making EEO Counselors available; preparing and monitoring HUD's Affirmative Employment Program (AEP); providing guidance to the Department's EEO Officers and support staff; processing EEO discrimination complaints; managing the EEO/AE and Diversity Program; administering the Department's Alternative Dispute Resolution Program; and supporting the diversity efforts of the Department's Special Emphasis Groups.

- **The Equal Employment Opportunity (EEO) Division** is responsible for discrimination complaint investigation and adjudication and the coordination and management of the Department's EEO counseling activities. The EEO Division handles and processes all EEO complaints filed with the Department nationwide.

- **The Affirmative Employment (AE) Division** provides Department-wide advice, guidance, and technical assistance to managers and supervisors on programs to promote Equal Employment Opportunity and Affirmative Employment. It establishes broad administrative policies, sets requirements and standards for implementation by managers, supervisors, EEO Officers and other EEO personnel, and develops mandated annual accomplishment reports and program plan update reports. The overall objective of Affirmative Employment is to attain and retain a workforce of minorities, women, and persons with disabilities that reflects the Nation's diversity.

The AE Division provides guidance, oversight, monitoring, analysis, evaluation, report development, technical assistance and training on the Department's Affirmative Employment Program for minorities and women and the hiring and placement of persons with

**EEOC FORM 566 (8/87)**                                                                    **DI-1**

### AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENTWIDE**

UPDATE

## I. ORGANIZATION AND RESOURCES (Cont'd)

disabilities; monitors, analyzes, and reports on the Disabled Veterans Affirmative Action Program (DVAAP) and Federal Equal Opportunity Recruitment Program (FEORP); manages and maintains the Equal Employment Opportunity Monitoring and Analysis System (EEOMAS), the HUD's management information and reporting for EEO/AE Programs; and provides oversight, coordination, and funding for Special Emphasis Programs.

- **The Alternative Dispute Resolution (ADR) Program**, in the area of equal employment opportunity (EEO), is built on the core principles of fairness (voluntariness, neutrality, confidentiality, and enforceability), flexibility, training, and evaluation. Its overall objective is to reduce the number of EEO complaints. HUD's ADR Program is available to all of its employees, former employees and applicants for employment who believe that they have suffered discrimination in the work place because of his or her race, color, national origin, religion, sex, age, disability or in retaliation for having opposed a practice that is illegal under the EEO statutes or for participating in the EEO complaint process. The program utilizes Contract and Federal Shared Neutral mediators to accomplish "win-win" resolutions of informal and formal EEO complaints.

The following are additional EEO/AE Program support resources:

- **Equal Employment Opportunity (EEO) Officers (16),** who are the Assistant Secretaries and Principal Organization Heads of the Department located in Headquarters and are organizationally situated directly below the agency level. Of the sixteen (16) EEO Officers, only eight (8) or 50.0 percent have 500 or more employees. The other EEO Officers' staffs range from 2 to 209 employees (See Organizational Chart, Page DI-5). The EEO Officers with 500 or more employees are responsible for developing, implementing, and maintaining EEO/AE Programs for their respective organizations and for ensuring that these programs are carried out in an exemplary manner. All others are responsible for providing equality of opportunity for all persons as outlined in HUD's Regulations at 24 CFR Part 7.

- **Full-time Equal Employment Opportunity (EEO) Counselors (4)** who are assigned to the Office of Departmental Equal Employment Opportunity, and are duty stationed in Washington, DC, Atlanta, Denver, and Fort Worth. They are responsible for counseling employees, former employees, and applicants for employment in their jurisdictional areas who believe that they have suffered discrimination under Federal EEO statutes.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## I. ORGANIZATION AND RESOURCES (Cont'd)

- **Union/Management Equal Employment Opportunity (EEO) Advisory Committee (7)** located in Headquarters, plus Union/Management EEO Advisory Committees located in the field, that are responsible for monitoring and advising management on EEO/AE efforts and activities.

- **Headquarters Advisory Committee for Persons with Disabilities (7)** that is responsible for monitoring and advising the agency on EEO/AE efforts and activities for persons with disabilities and serves as a liaison between employees with disabilities and management.

- **Affirmative Employment Program (AEP) Managers (16)** who are responsible for planning and monitoring their respective organization's AE Program; preparing annual AEP reports; and for advising the EEO Officer on EEO/AE Programs. AEP Managers report directly to their respective EEO Officers.

- **Equal Employment Opportunity Discrimination Complaint (EEO) Managers (16)** who are responsible for overseeing the EEO discrimination complaint process for their respective organizations. EEO Discrimination Complaint Managers report directly to their respective EEO Officers.

- **Contract EEO Investigators** who are responsible for conducting inquiries and collecting and discovering factual information concerning the claims(s) in EEO discrimination complaints and for preparing investigative summaries.

- **Office of General Counsel** is responsible for representing the Department in legal proceedings, and rendering legal advice and making legal sufficiency determinations in EEO matters.

- **Contract Mediators/Shared Neutrals who** are responsible for assisting parties to voluntarily reach acceptable resolution under the Alternative Dispute Resolution (ADR) Program.

- **The Assistant Secretary for Administration and the Office of Human Resources** who are responsible for providing leadership in developing, maintaining, and disseminating personnel management policies, programs, and procedures which will promote continuing affirmative employment to ensure equal employment in the recruitment, selection, placement, training, awards, recognition, and advance-ment of employees, including an applicant tracking system.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENTWIDE**

**UPDATE**

## I. ORGANIZATION AND RESOURCES (Cont'd)

- **The Administrator of the HUD Training Academy** who has nationwide responsibility for the development, administration, and evaluation of the Department's training and development programs. The Administrator also establishes Skills Development Projects (such as Executive Development Institute, Mid-level Management, Upward Mobility, HUD's Virtual University, and Welfare To Work (W2W) to maximize and groom talents and skills of HUD staff. HUD employees receive the training and support necessary to perform professionally and expertly in their positions and have the background and skills to assume positions of greater responsibility and skill.

- **Managers and Supervisors** who are responsible for removing barriers to EEO and ensuring that Affirmative Employment objectives are accomplished in their areas of responsibility; providing non-discriminatory treatment for all employees and full and fair opportunity for all employees in obtaining employment and career advancement; and for resolving complaints of discrimination early in the EEO process either independently, or through alternative dispute resolution techniques.



AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## I.  ORGANIZATION AND RESOURCES (Cont'd)

### HUD DEPARTMENTAL OVERVIEW CHART



*Currently includes the Office of Departmental Equal Employment Opportunity (ODEEO)

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENTWIDE

UPDATE

## I. ORGANIZATION AND RESOURCES (Cont'd)

### PLAN FOR THE PREVENTION OF UNLAWFUL HARASSMENT

The Department of Housing and Urban Development is committed to providing a work environment that is free of unlawful harassment.  An official statement of the Department's policy regarding unlawful harassment, including sexual harassment was issued to all employees on April 2, 2001.  **It is the policy of the Department of Housing and Urban Development that harassment based on race, color, religion, sex (whether or not of a sexual nature), national origin, age, or disability is unacceptable conduct in the work place and will not be tolerated nor will retaliation against anyone who complains of harassment.**  I am committed to a workplace that is free of improper and unlawful behavior.  There is no place for any conduct that interferes with an individual's work or creates an intimidating, hostile, or offensive work environment.

**Harassment** violates Federal law when it involves discriminatory treatment based on race, color, sex (with or without sexual conduct), religion, national origin, age, disability, or because an employee opposed job discrimination or participated in an investigation or complaint proceeding under the EEO statutes. An employer is always responsible for harass-ment by a manager or supervisor that culminates in a tangible employment action.  If the harassment does not lead to a tangible employment action, the employer is liable unless it proves that: 1) it exercised reasonable care to prevent and promptly correct any harassment; and 2) the employee unreasonably failed to complain to management or to avoid harm otherwise. Federal law does not prohibit simple teasing, offhand comments, or isolated incidents that are not extremely serious. Conduct leading to harassment must be sufficiently frequent or severe to create a hostile work environment or result in a "tangible employment action," such as hiring, firing, promotion, or demotion.

**Sexual Harassment** is a form of sex discrimination and violates Title VII of the Civil Rights Act of 1964.  There may be other causes of action under State and local law in addition to those found under Federal civil rights law. These include assault and battery, intentional infliction of emotional distress, wrongful discharge, and negligence.  Some advances may even result in criminal charges such as sexual assault or rape.

**Sexual harassment** has been determined by the Equal Employment Opportunity Commission (EEOC) to be "unwelcome advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or such conduct has the purpose or effect of unreasonably interfering with an individual's work

**EEOC FORM 566 (8/87)**                                                                                    **DI-6**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**

**DEPARTMENTWIDE**

UPDATE

### I. ORGANIZATION AND RESOURCES (Cont'd)

### PLAN FOR THE PREVENTION OF UNLAWFUL HARASSMENT (Cont'd)

performance or creating an intimidating, hostile, or offensive work environment." Discrimination of a sexual nature takes on many forms and includes, but it not limited to:

- ✓ Sexually explicit verbal abuse, such as slurs, jokes, statements, gestures, requests for sexual favors, and conversations containing sexual comments.
- ✓ Unwelcome sexual flirtation or advances.
- ✓ Requests for sexual activity in exchanges for favorable treatment or continued employment.
- ✓ Inappropriate contacts, such as unnecessary, unwelcome, or unsolicited touching, patting, pinching, grabbing, cornering, or repeated brushing against another person's body.
- ✓ Visual displays in the workplace, such as pictures, cartoons, electronic messages, or Internet websites of a sexual nature.

HUD is responsible for creating a working climate free from unsolicited and unwelcome sexual overtures. The law states, "….an employer is responsible for acts of sexual harassment in the workplace where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action. An employer may also be responsible for the acts of non-employees with respect to sexual harassment of employees in the workplace, where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action."

HUD managers and supervisors are responsible for ensuring a workplace that is free from unlawful harassment. Managers and supervisors have an added responsibility to be aware of what constitutes sexual harassment, to explain the sanctions for harassment, to take immediate and definitive action. When inappropriate conduct is identified, alleged, or suspected, I expect swift, thorough, and effective action to discern the facts and, where warranted, take appropriate corrective action designed to end the conduct.

Any employee who believes that s/he is the victim of sexual harassment should make it clear to the harasser that the conduct is unwelcome and must stop. The employee should also report the incident(s) to the appropriate agency official, whether that is the immediate supervisor, any supervisor in the chain of command, or Equal Employment Opportunity Office, who will ensure that the matter is handled in a confidential manner. Any employee who is found to have engaged in harassment against any other employee may expect appropriate disciplinary action. All new employees shall be informed of this policy during their initial orientation sessions. This policy shall be periodically reiterated for all employees.

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROBLEM/BARRIER IDENTIFICATION

### DEPARTMENTWIDE

UPDATE

## PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

### I. ORGANIZATION AND RESOURCES (Cont'd)

The Fiscal Year 2002 year-end workforce analysis revealed the following problems/barriers:

**UNDESIRED CONDITION:** The Department's non-compliance with the Equal Employment Opportunity Commission's (EEOC's) Management Directive (MD) 110 resulting from the November 2001 organizational realignment of the Office of Departmental Equal Employment Opportunity (ODEEO) under the Office of Fair Housing and Equal Opportunity (FHEO).

**DESIRED CONDITION:** Full compliance with the Equal Employment Opportunity Commission's Management Directive (MD) 110, which states that the Director of Equal Employment Opportunity/Director, Office of Departmental Equal Employment Opportunity shall be under the immediate supervision of the agency head.

**ANALYSIS:** An analysis of the Department's current organizational structure revealed that the Director of EEO does not have a direct reporting relationship with the head of the agency as required in EEOC's Management Directive (MD) 110.

**PROBABLE BARRIER:** Current organizational structure and placement of ODEEO under FHEO downplay the importance of HUD's EEO and Affirmative Employment Programs, limit the level of independence and authority of the Director of EEO, and violate the requirements of MD-110.

**ALTERNATIVES:** An immediate organizational realignment of the Office of Departmental Equal Employment Opportunity (ODEEO) from FHEO to the Office of the Secretary.

**EXPECTED RESULTS:** An organizational structure that places the Director of ODEEO/Director of EEO in a direct reporting relationship to the Secretary of this Department.

**FOLLOW-UP ACTION:** Monitor all efforts and activities associated with the realignment of the Office of Departmental Equal Employment Opportunity back to the Office of the Secretary and report results in the Fiscal Year 2003 Accomplishment Report.

---

**EEOC FORM 566 (8/87)**                                                          DI-8

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### REPORT OF OBJECTIVES AND ACTION ITEMS

### DEPARTMENTWIDE

UPDATE

## PROGRAM ELEMENT: I. ORGANIZATION AND RESOURCES

**PROBLEM/BARRIER STATEMENT:** Current organizational structure and placement of ODEEO under FHEO downplay the importance of HUD's EEO and Affirmative Employment Programs, limit the level of independence and authority of the Director of EEO/Director of ODEEO, and violate the requirements of MD-110.

**OBJECTIVE:** An organizational structure that places the Director of ODEEO/Director of EEO in a direct reporting relationship to the Secretary of this Department.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 03/30/03

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 1.  Realign the Office of Departmental Equal Employment Opportunity (ODEEO) to ensure that Director of EEO resumes a direct reporting relationship to the Secretary of HUD. | Secretary, Assistant Secretary for Administration, and Director, ODEEO | 03/30/03 |

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT



# FISCAL YEAR 2003

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## PLAN UPDATE REPORT

## PROGRAM ELEMENT II - WORK FORCE

**Pages DII-1 through DII-39**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## II. WORKFORCE - PROGRAM ANALYSIS

The analyses of the Department's workforce were conducted by occupational categories (PATCOB - Professional, Administrative, Technical, Clerical, Other, Blue Collar), grade groupings, and major occupations using the National Finance Center's (NFC) Fiscal Year 2002 year-end data and the Department's Equal Employment Opportunity Monitoring and Analysis System (EEOMAS). Further analyses were conducted by occupational categories, grade groupings, and major occupations using 1990 Census Availability Data, NFC's Fiscal Years 2001 and 2002 year-end comparative data, and EEOMAS. The results of the analyses are as follows:

The Department's on-board permanent workforce **decreased** by 37 or -0.4 percent, from 9,770 in Fiscal Year 2001 to 9,733 in Fiscal Year 2002. The on-board number of minorities and women, as a group, **increased** by 39 or +0.7 percent. Minorities **increased** by 106 or +1.3 percent. The number of women **increased** by 24 or +0.5 percent. The percentages of employment for Black males, Black females, Hispanic males, and Asian American females **increased** during Fiscal Year 2002. The percentages of employment for Hispanic females, Asian American males, and American Indians remained **unchanged** from Fiscal Year 2001. The percentage of employment for White females **decreased** during Fiscal Year 2002.

There are 1,158 employees in the Professional category, a **decrease** of 20 or -1.7 percent; 7,274 in the Administrative category, an **increase** of 180 or +2.5 percent; 933 in the Technical category, a **decrease** of 180 or -16.2 percent; 357 in the Clerical category, a **decrease** of 11 or -3.1 percent; 5 in the Other category, a **decrease** of 8 or -61.5 percent; and 6 in the Blue Collar category, an **increase** of 2 or +50.0 percent. The following analyses reflect the changes in the workforce by occupational category (PATCOB) and on-board staff:

### CHANGE IN WORKFORCE BY OCCUPATIONAL CATEGORY
### FISCAL YEAR 2001 AND FISCAL YEAR 2002

- **In the Professional category** - The percentages of representation **increased** for Black females, Asian American males, Asian American females, minorities and women as a group, women as a group, and minorities as a group. The percentages **decreased** for White females and Hispanic females, and remained **unchanged** from Fiscal Year 2001 for Black males, Hispanic males, American Indian males, and American Indian females.

The on-board number of employees in this category **decreased** by 20 or -1.7 percent. Minorities and women **decreased** by 6, yet their percentage of representation **increased** by 0.4 percent. Minorities **increased** by 9 or +1.3 percent. The number of women **decreased** by 6, yet their percentage of representation **increased** by 0.2 percent during Fiscal Year 2002.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## II. WORKFORCE - PROGRAM ANALYSIS

### CHANGE IN WORKFORCE BY OCCUPATIONAL CATEGORY
### FISCAL YEAR 2001 AND FISCAL YEAR 2002 (Cont'd)

- **In the Administrative category** - The percentages of representation **increased** for Black females, Hispanic females, Asian American females, and American Indian females. The percentages **decreased** for White females and American Indian males, and remained **unchanged** for Black males, Hispanic males and Asian American males.

  The on-board number of employees in this category **increased** by 180 or +2.5 percent. Minorities and women **increased** by 203 or +1.4 percent. The number of minorities **increased** by 199 or +1.6 percent. The number of women **increased** by 211 or +1.5 percent during Fiscal Year 2002.

- **In the Technical category** - The percentages of representation **increased** for Black males, Black females, and Hispanic males. The percentages **decreased** for White females, Hispanic females, and American Indian females, and remained **unchanged** for Asian American males, Asian American females, and American Indian males.

  The on-board number of employees in this category **decreased** by 180 or -16.2 percent. Minorities and women **decreased** by 168, yet their percentage of representation **increased** by 0.3 percent. The number of minorities **decreased** by 99, yet their percentage of representation **increased** by 1.5 percent. The number of women **decreased** by 162 or -0.3 percent during Fiscal Year 2002.

- **In the Clerical category** - The percentages of representation **increased** for Black males, Black females, Asian American males, and American Indian females. The percentages **decreased** for White females, Hispanic females, and Asian American females. The percentages of representation for Hispanic males and American Indian males remained **unchanged** from Fiscal Year 2001.

  The on-board number of employees in this category **decreased** by 11 or -3.1 percent. Minorities and women **decreased** by 12 or -0.4 percent. Minorities **increased** by 2 or +2.6 percent. The number of women **decreased** by 17 or -2.1 percent.

- **In the Other category** - The percentages of representation **decreased** for Black males, Black females, Hispanic males, and Hispanic females. The percentages **increased** for White females. The year-end analysis revealed a conspicuous absence of Hispanics, Asian Americans, and American Indians in this occupational category.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## II. WORKFORCE - PROGRAM ANALYSIS

### CHANGE IN WORKFORCE BY OCCUPATIONAL CATEGORY (Cont'd)

The on-board number of employees in this category **decreased** by 8 or -61.5 percent. Minorities and women **decreased** by 6 or -9.2 percent. The number of women **decreased** by 3, yet their percentage of representation **increased** by 13.8 percent, and the number of minorities **decreased** by 6 or -33.9 percent.

- **In the Blue Collar category** - The on-board number of employees in this category **increased** by 2, yet their percentage remained **unchanged** from Fiscal Year 2001. There is a conspicuous absence of all EEO groups, except Black males, Black females, and White males.

### CHANGE IN ON-BOARD WORKFORCE

| Race/Sex | 2001 | | 2002 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| **White** | 5,235 | 53.6 | 5,092 | 52.3 | -143 | - 1.3 |
| Males | 2,638 | 27.0 | 2,562 | 26.3 | - 76 | - 0.7 |
| Females | 2,597 | 26.6 | 2,530 | 26.0 | - 67 | - 0.6 |
| **Black** | 3,396 | 34.8 | 3,491 | 35.9 | + 95 | + 1.1 |
| Males | 855 | 8.8 | 872 | 9.0 | + 17 | + 0.2 |
| Females | 2,541 | 26.0 | 2,619 | 26.9 | + 78 | + 0.9 |
| **Hispanic** | 685 | 7.0 | 689 | 7.1 | + 4 | + 0.1 |
| Males | 279 | 2.8 | 278 | 2.9 | - 1 | + 0.1 |
| Females | 406 | 4.2 | 411 | 4.2 | + 5 | 0.0 |
| **Asian American** | 351 | 3.6 | 361 | 3.7 | + 10 | + 0.1 |
| Males | 161 | 1.7 | 163 | 1.7 | + 2 | 0.0 |
| Females | 190 | 1.9 | 198 | 2.0 | + 8 | + 0.1 |
| **American Indian** | 103 | 1.0 | 100 | 1.0 | - 3 | 0.0 |
| Males | 41 | 0.4 | 38 | 0.4 | - 3 | 0.0 |
| Females | 62 | 0.6 | 62 | 0.6 | 0 | 0.0 |
| **Total Workforce** | 9,770 | 100.0 | 9,733 | 100.0 | - 37 | - 0.4 |
| **Minorities and Women** | 7,132 | 73.0 | 7,171 | 73.7 | + 39 | + 0.7 |
| **Women** | 5,796 | 59.3 | 5,820 | 59.8 | + 24 | + 0.5 |
| **Minorities** | 4,535 | 46.4 | 4,641 | 47.7 | +106 | + 1.3 |

# AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
## ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
## PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

## II. WORKFORCE - PROGRAM ANALYSIS

### CHANGE IN WORKFORCE BY OCCUPATIONAL CATEGORY

### PROFESSIONAL CATEGORY

| Race/Sex | 2001 # | 2001 % | 2002 # | 2002 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| **White** | 772 | 65.5 | 743 | 64.2 | - 29 | - 1.3 |
| Males | 506 | 42.9 | 492 | 42.5 | - 14 | - 0.4 |
| Females | 266 | 22.6 | 251 | 21.7 | - 15 | - 0.9 |
| **Black** | 259 | 21.9 | 268 | 23.1 | + 9 | + 1.2 |
| Males | 97 | 8.2 | 95 | 8.2 | - 2 | 0.0 |
| Females | 162 | 13.7 | 173 | 14.9 | + 11 | + 1.2 |
| **Hispanic** | 62 | 5.3 | 57 | 4.9 | - 5 | - 1.4 |
| Males | 40 | 3.4 | 39 | 3.4 | - 1 | 0.0 |
| Females | 22 | 1.9 | 18 | 1.5 | - 4 | - 1.4 |
| **Asian American** | 82 | 7.0 | 87 | 7.5 | + 5 | + 0.5 |
| Males | 41 | 3.5 | 44 | 3.8 | + 3 | + 0.3 |
| Females | 41 | 3.5 | 43 | 3.7 | + 2 | + 0.2 |
| **American Indian** | 3 | 0.3 | 3 | 0.3 | 0 | 0.0 |
| Males | 2 | 0.2 | 2 | 0.2 | 0 | 0.0 |
| Females | 1 | 0.1 | 1 | 0.1 | 0 | 0.0 |
| **Total Workforce** | 1,178 | 100.0 | 1,158 | 100.0 | - 20 | - 1.7 |
| **Minorities and Women** | 672 | 57.1 | 666 | 57.5 | - 6 | + 0.4 |
| **Women** | 492 | 41.8 | 486 | 42.0 | - 6 | + 0.2 |
| **Minorities** | 406 | 34.5 | 415 | 35.8 | + 9 | + 1.3 |

### ADMINISTRATIVE CATEGORY

| Race/Sex | 2001 # | 2001 % | 2002 # | 2002 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| **White** | 3,926 | 55.3 | 3,907 | 53.7 | - 19 | - 1.6 |
| Males | 2,052 | 28.9 | 2,002 | 27.5 | - 50 | - 1.4 |
| Females | 1,874 | 26.4 | 1,905 | 26.2 | + 31 | - 0.2 |

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## II. WORKFORCE - PROGRAM ANALYSIS

## CHANGE IN WORKFORCE BY OCCUPATIONAL CATEGORY (Cont'd)

### ADMINISTRATIVE CATEGORY (Cont'd)

| Race/Sex | 2001 | | 2002 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| **Black** | 2,371 | 33.5 | 2,518 | 34.6 | +147 | +1.1 |
| Males | 686 | 9.7 | 705 | 9.7 | + 19 | 0.0 |
| Females | 1,685 | 23.8 | 1,813 | 24.9 | +128 | +1.1 |
| **Hispanics** | 501 | 7.0 | 538 | 7.4 | + 37 | +0.4 |
| Males | 222 | 3.1 | 224 | 3.1 | + 2 | 0.0 |
| Females | 279 | 3.9 | 314 | 4.3 | + 35 | +0.4 |
| **Asian American** | 227 | 3.2 | 238 | 3.3 | + 11 | +0.1 |
| Males | 109 | 1.5 | 109 | 1.5 | 0 | 0.0 |
| Females | 118 | 1.7 | 129 | 1.8 | + 11 | +0.1 |
| **American Indian** | 69 | 1.0 | 73 | 1.0 | + 4 | 0.0 |
| Males | 33 | 0.5 | 31 | 0.4 | - 2 | -0.1 |
| Females | 36 | 0.5 | 42 | 0.6 | + 6 | +0.1 |
| **Total Workforce** | 7,094 | 100.0 | 7,274 | 100.0 | +180 | +2.5 |
| **Minorities and Women** | 5,042 | 71.1 | 5,272 | 72.5 | +203 | +1.4 |
| **Women** | 3,992 | 56.3 | 4,203 | 57.8 | +211 | +1.5 |
| **Minorities** | 3,168 | 44.7 | 3,367 | 46.3 | +199 | +1.6 |

### TECHNICAL CATEGORY

| Race/Sex | 2001 | | 2002 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| **White** | 411 | 36.9 | 330 | 35.3 | - 81 | -1.6 |
| Males | 58 | 5.2 | 46 | 4.9 | - 12 | -0.3 |
| Females | 353 | 31.7 | 284 | 30.4 | - 69 | -1.3 |
| **Blacks** | 553 | 49.7 | 490 | 52.5 | - 63 | +2.8 |
| Males | 43 | 3.9 | 41 | 4.4 | - 2 | +0.5 |
| Females | 510 | 45.8 | 449 | 48.1 | - 61 | +2.3 |

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

### II. WORKFORCE - PROGRAM ANALYSIS

## CHANGE IN WORKFORCE BY OCCUPATIONAL CATEGORY (Cont'd)

### TECHNICAL CATEGORY (Cont'd)

| Race/Sex | 2001 | | 2002 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| **Hispanic** | 91 | 8.2 | 68 | 7.3 | - 23 | -0.9 |
| Males | 12 | 1.1 | 11 | 1.2 | - 1 | +0.1 |
| Females | 79 | 7.1 | 57 | 6.1 | - 22 | -1.0 |
| **Asian American** | 31 | 2.8 | 26 | 2.8 | - 5 | 0.0 |
| Males | 10 | 0.9 | 8 | 0.9 | - 2 | 0.0 |
| Females | 21 | 1.9 | 18 | 1.9 | - 3 | 0.0 |
| **American Indian** | 27 | 2.4 | 19 | 2.0 | - 8 | - 0.4 |
| Males | 5 | 0.4 | 4 | 0.4 | - 1 | 0.0 |
| Females | 22 | 2.0 | 15 | 1.6 | - 7 | - 0.4 |
| **Total Workforce** | 1,113 | 100.0 | 933 | 100.0 | - 180 | -16.2 |
| **Minorities and Women** | 1,055 | 94.8 | 887 | 95.1 | - 168 | + 0.3 |
| **Women** | 985 | 88.5 | 823 | 88.2 | - 162 | - 0.3 |
| **Minorities** | 702 | 63.1 | 603 | 64.6 | - 99 | +1.5 |

### CLERICAL CATEGORY

| Race/Sex | 2001 | | 2002 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| **White** | 119 | 32.3 | 106 | 29.7 | - 13 | -2.6 |
| Males | 17 | 4.6 | 18 | 5.0 | + 1 | +0.4 |
| Females | 102 | 27.7 | 88 | 24.7 | - 14 | -3.0 |
| **Black** | 205 | 55.7 | 210 | 58.8 | + 5 | +5.5 |
| Males | 24 | 6.5 | 28 | 7.8 | + 4 | +1.5 |
| Females | 181 | 49.2 | 182 | 51.0 | + 1 | +4.0 |
| **Hispanic** | 29 | 7.9 | 26 | 7.3 | - 3 | -0.6 |
| Males | 4 | 1.1 | 4 | 1.1 | 0 | 0.0 |
| Females | 25 | 6.8 | 22 | 6.2 | - 3 | -0.6 |

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

II.  WORKFORCE - PROGRAM ANALYSIS

CHANGE IN WORKFORCE BY OCCUPATIONAL CATEGORY (Cont'd)

## CLERICAL CATEGORY (Cont'd)

| Race/Sex | 2001 # | 2001 % | 2002 # | 2002 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| Asian American | | | | | | |
| Males | 11 | 3.0 | 10 | 2.8 | - 1 | -0.2 |
| Females | 1 | 0.3 | 2 | 0.6 | + 1 | +0.3 |
| | 10 | 2.7 | 8 | 2.2 | - 2 | -0.5 |
| American Indian | | | | | | |
| Males | 4 | 1.1 | 5 | 1.4 | + 1 | +0.3 |
| Females | 1 | 0.3 | 1 | 0.3 | 0 | 0.0 |
| | 3 | 0.8 | 4 | 1.1 | + 1 | +0.3 |
| Total Workforce | 368 | 100.0 | 357 | 100.0 | - 11 | -3.1 |
| Minorities and Women | | | | | | |
| Women | 351 | 95.4 | 339 | 95.0 | - 12 | -0.4 |
| Minorities | 321 | 87.2 | 304 | 85.1 | - 17 | - 2.1 |
| | 249 | 67.7 | 251 | 70.3 | - 2 | +2.6 |

## OTHER CATEGORY*

| Race/Sex | 2001 # | 2001 % | 2002 # | 2002 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| White | | | | | | |
| Males | 6 | 46.2 | 4 | 80.0 | - 2 | +33.8 |
| Females | 4 | 30.8 | 2 | 40.0 | - 2 | + 9.2 |
| | 2 | 15.4 | 2 | 40.0 | 0 | +24.6 |
| Black | | | | | | |
| Males | 5 | 38.5 | 1 | 20.0 | - 4 | -18.5 |
| Females | 2 | 15.4 | 0 | 0.0 | - 2 | -15.4 |
| | 3 | 23.1 | 1 | 20.0 | - 2 | - 3.1 |
| Hispanic | | | | | | |
| Males | 2 | 15.4 | 0 | 0.0 | - 2 | -15.4 |
| Females | 1 | 7.7 | 0 | 0.0 | - 1 | - 7.7 |
| | 1 | 7.7 | 0 | 0.0 | - 1 | - 7.7 |
| Total Workforce | 13 | 100.0 | 5 | 100.0 | - 8 | -61.5 |

*  There is a conspicuous absence of Asian Americans and American Indians in this category.

EEOC FORM 566 (8/87)

# AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

## II.  WORKFORCE - PROGRAM ANALYSIS

### CHANGE IN WORKFORCE BY OCCUPATIONAL CATEGORY (Cont'd)

#### OTHER CATEGORY* (Cont'd)

| Race/Sex | 2001 # | 2001 % | 2002 # | 2002 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| Minorities and Women | 9 | 69.2 | 3 | 60.0 | - 6 | - 9.2 |
| Women | 6 | 46.2 | 3 | 60.0 | - 3 | +13.8 |
| Minorities | 7 | 53.9 | 1 | 20.0 | - 6 | - 33.9 |

#### BLUE COLLAR CATEGORY**

| Race/Sex | 2001 # | 2001 % | 2002 # | 2002 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| Black males | 3 | 75.0 | 3 | 50.0 | 0 | -25.0 |
| Black females | 0 | 0.0 | 1 | 16.7 | +1 | +16.7 |
| White males | 1 | 25.0 | 2 | 33.3 | +1 | + 8.3 |
| Total | 4 | 100.0 | 6 | 100.0 | +2 | 50.0 |

\* There is a conspicuous absence of Asian Americans and American Indians in this category.
\*\* There is a conspicuous absence of all other EEO Groups.

### CHANGE IN WORKFORCE BY GRADE GROUPING

| EEO Group Race/Sex | Senior Level # | Senior Level % | GS-13/15 # | GS-13/15 % | GS-9/12 # | GS-9/12 % | GS-5/8 # | GS-5/8 % | GS-1/4 # | GS-1/4 % |
|---|---|---|---|---|---|---|---|---|---|---|
| White | +15 | - 0.6 | -84 | - 1.7 | -98 | - 0.9 | +17 | - 1.6 | 0 | + 1.3 |
| Males | +15 | + 2.4 | -72 | - 1.5 | -63 | - 1.0 | +22 | + 1.3 | + 1 | + 1.8 |
| Females | 0 | - 3.0 | -12 | - 0.2 | -35 | + 0.1 | - 5 | - 2.9 | - 1 | - 0.5 |
| Black | + 6 | - 1.1 | +53 | + 1.1 | -28 | + 0.9 | +64 | + 1.6 | + 4 | + 8.0 |
| Males | + 2 | - 1.5 | - 6 | - 0.2 | - 7 | + 0.2 | +21 | + 1.4 | + 3 | + 4.7 |
| Females | + 4 | + 0.4 | +59 | + 1.3 | -21 | + 0.7 | +43 | + 0.2 | + 1 | + 3.3 |
| Hispanic | +10 | + 1.0 | + 3 | + 0.1 | - 4 | + 0.2 | + 7 | - 0.1 | - 6 | - 8.1 |
| Males | + 5 | + 1.0 | + 5 | + 0.1 | - 8 | - 0.1 | 0 | - 0.1 | - 1 | - 1.4 |
| Females | + 5 | 0.0 | - 2 | 0.0 | + 4 | + 0.3 | + 7 | 0.0 | - 5 | - 6.7 |

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## II. WORKFORCE - PROGRAM ANALYSIS

### CHANGE IN WORKFORCE BY GRADE GROUPING (Cont'd)

| EEO Group Race/Sex | Senior Level # | % | GS-13/15 # | % | GS-9/12 # | % | GS-5/8 # | % | GS-1/4 # | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Asian American | + 1 | + 0.8 | +20 | + 0.5 | -14 | - 0.3 | + 9 | +0.5 | - 1 | - 1.4 |
| Males | 0 | 0.0 | + 9 | + 0.2 | - 6 | - 0.1 | + 3 | + 0.2 | - 1 | - 1.4 |
| Females | + 1 | + 0.8 | +11 | + 0.3 | - 8 | - 0.2 | + 6 | + 0.3 | 0 | 0.0 |
| American Indian | 0 | 0.0 | + 1 | 0.0 | - 2 | 0.0 | - 3 | - 0.3 | 0 | + 0.2 |
| Males | 0 | 0.0 | - 3 | - 0.1 | - 1 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Females | 0 | 0.0 | + 4 | + 0.1 | - 1 | 0.0 | - 3 | - 0.3 | 0 | + 0.2 |
| Total | +25 | +27.2 | +100 | +2.1 | -146 | -4.1 | +94 | - 8.0 | - 3 | - 4.1 |
| Minorities and Women | +10 | - 2.3 | +103 | + 0.8 | - 83 | + 1.0 | +72 | - 1.3 | - 4 | - 1.8 |
| Women | + 6 | - 1.8 | + 87 | + 0.9 | - 61 | + 1.1 | +48 | - 2.8 | - 5 | - 3.7 |
| Minorities | +10 | + 1.0 | + 96 | + 1.2 | - 48 | + 0.9 | +77 | + 1.6 | - 3 | - 1.3 |

### ANALYSIS OF REPRESENTATION BY GRADE GROUPING

| EEO Group Race/Sex | Senior Level* # | % | GS-13/15 # | % | GS-9/12 # | % | GS-5/8 # | % | GS-1/4 # | % |
|---|---|---|---|---|---|---|---|---|---|---|
| White | 73 | 62.4 | 2,845 | 59.5 | 1,592 | 46.9 | 471 | 37.3 | 21 | 30.0 |
| Males | 60 | 51.3 | 1,697 | 35.5 | 637 | 18.8 | 90 | 7.1 | 7 | 10.0 |
| Females | 13 | 11.1 | 1,148 | 24.0 | 955 | 28.1 | 381 | 30.2 | 14 | 20.0 |
| Black | 33 | 28.2 | 1,410 | 29.5 | 1,364 | 40.2 | 624 | 49.5 | 43 | 61.4 |
| Males | 16 | 13.7 | 485 | 10.1 | 277 | 8.2 | 74 | 5.9 | 10 | 14.3 |
| Females | 17 | 14.5 | 925 | 19.4 | 1,087 | 32.0 | 550 | 43.6 | 33 | 47.1 |
| Hispanic | 10 | 8.6 | 289 | 6.1 | 281 | 8.2 | 102 | 8.1 | 3 | 4.3 |
| Males | 5 | 4.3 | 161 | 3.4 | 93 | 2.7 | 16 | 1.3 | 0 | 0.0 |
| Females | 5 | 4.3 | 128 | 2.7 | 188 | 5.5 | 86 | 6.8 | 3 | 4.3 |

* Includes employees in the following pay plans: EX (10), ES (99), AL (5), CA (2), and SL (1).

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

DEPARTMENTWIDE

UPDATE

## II. WORKFORCE - PROGRAM ANALYSIS

### ANALYSIS OF REPRESENTATION BY GRADE GROUPING (Cont'd)

| EEO Group Race/Sex | Senior Level # | % | GS-13/15 # | % | GS-9/12 # | % | GS-5/8 # | % | GS-1/4 # | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Asian American** | | | | | | | | | | |
| Males | 1 | 0.8 | 196 | 4.1 | 118 | 3.5 | 44 | 3.5 | 1 | 1.4 |
| Females | 0 | 0.0 | 106 | 2.2 | 46 | 1.4 | 11 | 0.9 | 0 | 0.0 |
| | 1 | 0.8 | 90 | 1.9 | 72 | 2.1 | 33 | 2.6 | 1 | 1.4 |
| **American Indian** | | | | | | | | | | |
| Males | 0 | 0.0 | 38 | 0.8 | 38 | 1.1 | 21 | 1.7 | 2 | 2.9 |
| Females | 0 | 0.0 | 24 | 0.5 | 9 | 0.3 | 4 | 0.3 | 0 | 0.0 |
| | 0 | 0.0 | 14 | 0.3 | 29 | 0.8 | 17 | 1.4 | 2 | 2.9 |
| **Totals** | 117 | 100.0 | 4,885 | 100.0 | 3,393 | 100.0 | 1,262 | 100.0 | 70 | 100.0 |
| **Minorities and Women** | 57 | 48.7 | 3,119 | 63.8 | 2,756 | 81.2 | 1,172 | 92.9 | 63 | 90.0 |
| Women | 36 | 30.8 | 2,332 | 47.7 | 2,331 | 68.7 | 1,067 | 84.5 | 53 | 75.7 |
| Minorities | 44 | 37.6 | 1,952 | 40.0 | 1,801 | 53.1 | 791 | 62.7 | 49 | 70.0 |

## ANALYSIS OF UNDER-REPRESENTATION BY OCCUPATIONAL CATEGORY

Instances of under-representation (manifest imbalance and/or conspicuous absence) continue to exist for some EEO groups. It appears that the attrition rate of some EEO groups is contributing to their continued under-representation. The year-end analysis of under-representation revealed the following instances of **manifest imbalances and conspicuous absences** in the workforce by occupational category:

**MANIFEST IMBALANCE** - when the workforce's representation of a particular EEO group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF). The analysis revealed that there are **MANIFEST IMBALANCES** in the following PATCOB categories and EEO groups:

PROFESSIONAL.....................................White females

ADMINISTRATIVE.....................................White females

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
<u>ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT</u>
<u>PROGRAM ANALYSIS</u>

DEPARTMENTWIDE

UPDATE

## II. WORKFORCE - PROGRAM ANALYSIS

## ANALYSIS OF UNDER-REPRESENTATION BY OCCUPATIONAL CATEGORY (cont'd)

TECHNICAL..................................... White females

CLERICAL.................................... Hispanic males
Asian American males

**CONSPICUOUS ABSENCE (CA)** - when a particular EEO group is nearly or nonexistent in an occupational category or grade level in the workforce. The analysis revealed that there are **CONSPICUOUS ABSENCES** in the following PATCOB categories and EEO groups:

PROFESSIONAL................................. American Indian females

TECHNICAL................................. Hispanic males
Asian American males

CLERICAL..................................... White females

OTHER............................................. All minorities and females, except White females and Black females

BLUE COLLAR.................................... All minorities and females, except Black males and Black females

## ANALYSIS OF UNDER-REPRESENTATION BY MAJOR OCCUPATION

| PATCOB and Major Occupations | White females | Black males | Black females | Hispanic males | Hispanic females | Asian Amer. males | Asian Amer. females | Amer. Indian males | Amer. Indian females |
|---|---|---|---|---|---|---|---|---|---|
| **PROFESSIONAL** | | | | | | | | | |
| 0510 - Accountant | MI | | | | CA | MI | | | CA |
| 0511 - Auditor | MI | | | | | | | CA | |
| 0905 - Attorney | MI | | | | | CA | | | CA |
| 1102 - Contract Specialist | MI | | | CA | | CA | MI | CA | CA |

EEOC FORM 566 (8/87)

DII-11

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

II. WORKFORCE - PROGRAM ANALYSIS

ANALYSIS OF UNDER-REPRESENTATION BY MAJOR OCCUPATION (Cont'd)

| PATCOB and Major Occupations | White females | Black males | Black females | Hispanic males | Hispanic females | Asian Amer. males | Asian Amer. females | Amer. Indian males | Amer. Indian females |
|---|---|---|---|---|---|---|---|---|---|
| **ADMINISTRATIVE** | | | | | | | | | |
| 0201 - Personnel Management | MI | | | CA | | CA | MI | | CA |
| 0301 - General Administrative | MI | | | | | | | MI | |
| 0334 - Computer Specialist | CA | | | | MI | | | | CA |
| 0343 - Management Analyst | MI | | | MI | MI | MI | | CA | |
| 0360 - EO Specialist | CA | | | | | MI | MI | CA | |
| 0501 - Financial Operations Analyst | CA | | | CA | MI | | | CA | CA |
| 0828 - Construction Analyst | CA | | MI | | CA | | CA | | |
| 1101(A) - General Bus. and Industry | MI | | | | | MI | | | |
| 1160 - Financial Analyst | MI | | | | | | | | |
| 1171 - Appraiser | CA | | CA | | MI | MI | MI | CA | CA |
| 1811 - Criminal Investigator | CA | | | | | | MI | | CA |

# AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

## FISCAL YEAR 2003
## ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
## PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

## II. WORKFORCE - PROGRAM ANALYSIS

### ANALYSIS OF UNDER-REPRESENTATION BY MAJOR OCCUPATION (Cont'd)

| PATCOB and Major Occupations | White females | Black males | Black females | Hispanic males | Hispanic females | Asian Amer. males | Asian Amer. females | Amer. Indian males | Amer. Indian females |
|---|---|---|---|---|---|---|---|---|---|
| **TECHNICAL** 0303 - Misc. Clerk/ Assistant | MI | MI | | MI | | MI | | MI | |
| **CLERICAL** 0303 (C) - Misc. Clerk/Assistant | MI | | | MI | MI | | MI | CA | |
| 0318 - Secretary | CA | | | MI | | MI | | | |

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP) PLAN UPDATE REPORT

## DISTRIBUTION OF EEO GROUPS AND COMPARATIVE CIVILIAN LABOR FORCE
## BY PATCOB AND TOTAL WORKFORCE

### FISCAL YEAR 2002 (Year End)/FISCAL YEAR 2003 (Beginning)

| Occupational Category | Total | White males | White females | Black males | Black females | Hispanic males | Hispanic females | Asian Amer. males | Asian Amer. females | Amer. Indian males | Amer. Indian females |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROFESSIONAL** | | | | | | | | | | | |
| HUD Workforce | 100.0 | 42.5 | 21.7 | 8.2 | 14.9 | 3.4 | 1.5 | 3.8 | 3.7 | 0.2 | 0.1 |
| Civilian Labor Force (CLF) | 100.0 | 54.7 | 30.3 | 2.4 | 3.2 | 2.1 | 1.4 | 3.5 | 1.9 | 0.2 | 0.2 |
| **ADMINISTRATIVE** | | | | | | | | | | | |
| HUD Workforce | 100.0 | 27.5 | 26.2 | 9.7 | 24.9 | 3.1 | 4.3 | 1.5 | 1.8 | 0.4 | 0.6 |
| Civilian Labor Force CLF | 100.0 | 42.1 | 40.4 | 3.6 | 5.3 | 2.6 | 2.6 | 1.4 | 1.4 | 0.3 | 0.3 |
| **TECHNICAL** | | | | | | | | | | | |
| HUD Workforce | 100.0 | 4.9 | 30.4 | 4.3 | 48.1 | 1.2 | 6.1 | 0.9 | 1.9 | 0.4 | 1.6 |
| Civilian Labor Force CLF | 100.0 | 36.1 | 42.9 | 3.6 | 6.6 | 3.2 | 3.4 | 1.9 | 1.6 | 0.4 | 0.4 |
| **CLERICAL** | | | | | | | | | | | |
| HUD Workforce | 100.0 | 5.0 | 24.6 | 7.8 | 51.0 | 1.1 | 6.2 | 0.6 | 2.2 | 0.3 | 1.1 |
| Civilian Labor Force CLF | 100.0 | 14.0 | 63.4 | 2.8 | 9.6 | 1.7 | 5.2 | 0.8 | 1.9 | 0.2 | 0.5 |
| **OTHER** | | | | | | | | | | | |
| HUD Workforce | 100.0 | 40.0 | 40.0 | 0.0 | 20.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Civilian Labor Force CLF | 100.0 | 67.6 | 11.2 | 9.7 | 3.2 | 4.8 | 1.0 | 1.2 | 0.3 | 0.9 | 0.2 |
| **BLUE COLLAR** | | | | | | | | | | | |
| HUD Workforce | 100.0 | 33.3 | 0.0 | 50.0 | 16.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Civilian Labor Force CLF | 100.0 | 65.4 | 9.8 | 9.1 | 2.2 | 8.7 | 1.5 | 1.7 | 0.5 | 0.8 | 0.2 |
| **TOTAL** | | | | | | | | | | | |
| HUD Workforce | 100.0 | 26.3 | 26.0 | 9.0 | 26.9 | 2.9 | 4.2 | 1.7 | 2.0 | 0.4 | 0.6 |
| Civilian Labor Force CLF | 100.0 | 42.6 | 35.3 | 4.9 | 5.4 | 4.8 | 3.3 | 1.5 | 1.3 | 0.3 | 0.3 |

EEOC FORM 566/569 (8/87)

DII-14

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENTWIDE

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

## II. WORKFORCE

The Fiscal Year 2002 year-end workforce analysis revealed the following problems/barriers:

**UNDESIRED CONDITION:**  The Department's workforce reflects the manifest imbalance and conspicuous absence of some EEO groups.

**DESIRED CONDITION:**  A diversified workforce that is reflective of the Nation's population.

**ANALYSIS:**  An analysis of the Department's workforce revealed some EEO groups remain under-represented (manifest imbalance and/or conspicuous absence) in the workforce, as compared to the Civilian Labor Force (CLF), in some occupational categories (PATCOB), and in eighteen (18) major occupational series.  The number of major occupational series (defined as with 100 or more employees) continue to decline as the workforce declines - from twenty-two (22) occupations in Fiscal Year 1996 to eighteen (18) at the end of Fiscal Year 2002.

Further, the lack of applicant flow data has limited HUD's ability to effectively conduct impact analysis and impact ratio analysis to determine if some EEO groups are being adversely affected during the competitive selection process.  See pages DII- 11 through DII-13 for the listing of under-represented EEO groups by major occupations.

**PROBABLE BARRIER:**  The attrition rate reveals that, as a result of the aging workforce (an average age of 50 with 22 years of service), the potential losses from retirement could have an adverse impact on the diversity of the workforce.  Another probable barrier may be inattention to EEO objectives during the recruitment and hiring process.

**ALTERNATIVES:**   Reinforce the Department's commitment to attaining a workforce that is representative of the CLF; continue to utilize the Upward Mobility and other developmental programs to assist on-board minorities and women in their career advancement; assure that each Program Office develops and implements an AEP Plan which focuses on internal movement; continue to provide current employees with information on upcoming training opportunities and position vacancies; and monitor the implementation of HUD's Strategic Human Capital Management Plan.  See Program Element-IV, Recruitment and Hiring, Program Element-VII, Separations for related Objectives and Action Items.

**EXPECTED RESULTS:**  An increase in the representation of targeted EEO groups (whose current composition of the Department's workforce shows manifest imbalances and/or conspicuous absences) in the various occupational categories, occupational series/positions, and at all grade groupings.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENTWIDE**

UPDATE

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

**II. WORKFORCE**

**FOLLOW-UP ACTION:**  Continue to monitor hiring, internal movement, and attrition statistics in order to conduct impact analyses on EEO groups who are manifestly imbalanced and/or conspicuously absent from the workforce.  Develop realistic and proactive strategies to eliminate imbalances in the workforce.

See pages DII-26 through DII-40 for specific numerical objectives targeted to improve instances of under-representation by EEO group, occupational category (PATCOB), and major occupations.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
<u>ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT</u>
<u>REPORT OF OBJECTIVES AND ACTION ITEMS</u>

DEPARTMENTWIDE

UPDATE

**PROGRAM ELEMENT: II. WORKFORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/03

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| <u>PROFESSIONAL (PATCOB) CATEGORY:</u><br>FY03 Numerical Objective: 39<br>Multi-Year Numerical Objective: 684* | Assistant Secretaries and Principal Organization Heads | 09/30/03 |
| --<u>Economist</u> - GS-0110**<br>--FY03 Numerical Objective: 0<br>--Multi-Year Numerical Objective: 32 | " | " |
| --<u>Accountant</u> - GS-0510<br>--FY03 Numerical Objective: 9<br>--Multi-Year Numerical Objective: 141 | " | " |
| --<u>Auditor</u> - GS-0511<br>--FY03 Numerical Objective: 10<br>--Multi-Year Numerical Objective: 296 | " | " |

* To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2003) combined numerical objectives.

** Due to organizational changes, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
<u>ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS</u>

DEPARTMENTWIDE

UPDATE

**PROGRAM ELEMENT: II. WORKFORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/03

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| <u>PROFESSIONAL (PATCOB) CATEGORY (Cont'd):</u> | | |
| --<u>Engineer</u> - GS-0801*<br>--FY03 Numerical Objective: 0<br>--Multi-Year Numerical Objective: 43 | Assistant Secretaries and Principal Organization Heads | 09/30/03 |
| --<u>Attorney</u> - GS-0905<br>--FY03 Numerical Objective: 14<br>--Multi-Year Numerical Objective: 108 | " | " |
| --<u>Contract Specialist</u> - GS-1102<br>--FY03 Numerical Objective: 6<br>--Multi-Year Numerical Objective: 64 | " | " |

* Due to organizational changes, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### REPORT OF OBJECTIVES AND ACTION ITEMS

### DEPARTMENTWIDE

UPDATE

### PROGRAM ELEMENT: II. WORKFORCE

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/03

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY:** **FY03 Numerical Objective: 195** **Multi-Year Numerical Objective: 2,409\*** | **Assistant Secretaries and Principal Organization Heads** | 09/30/03 |
| **--Personnel Management - GS-0201** --FY03 Numerical Objective: 11 --Multi-Year Numerical Objective: 27 | " | " |
| **--Misc. Administration - GS-0301** --FY03 Numerical Objective: 39 --Multi-Year Numerical Objective: 386 | " | " |
| **--Computer Specialist - GS-0334** --FY03 Numerical Objective: 6 --Multi-Year Numerical Objective: 198 | " | " |
| **--Program Manager - GS-0340\*\*** --FY03 Numerical Objective: 0 --Multi-Year Numerical Objective: 54 | " | " |

\* To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2003) combined numerical objectives.

\*\* Due to organizational changes, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**

DII-19

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENTWIDE

UPDATE

PROGRAM ELEMENT: II. WORKFORCE

PROBLEM/BARRIER STATEMENT: Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

OBJECTIVE: To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

RESPONSIBLE OFFICIAL: Secretary
TARGET DATE: 09/30/03

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| --Management Analyst - GS-0343<br>--FY03 Numerical Objective: 25<br>--Multi-Year Numerical Objective: 262 | Assistant Secretaries and Principal Organization Heads | 09/30/03 |
| --Equal Opportunity Specialist - GS-0360<br>--FY03 Numerical Objective: 15<br>--Multi-Year Numerical Objective: 113 | " | " |
| --Financial Operations Analyst - GS-0501<br>--FY03 Numerical Objective:  8<br>--Multi-Year Numerical Objective: 180 | " | " |
| --Construction Analyst - GS-0828<br>--FY03 Numerical Objective:  9<br>--Multi-Year Numerical Objective: 98 | " | " |
| --General Business and Industry - GS-1101<br>--FY03 Numerical Objective: 55<br>--Multi-Year Numerical Objective: 450 | " | " |

EEOC FORM 566 (8/87)

DII-20

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENTWIDE

UPDATE

## PROGRAM ELEMENT:  II.  WORKFORCE

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/03

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| --Financial Analyst - GS-1160<br>--FY03 Numerical Objective: 5<br>--Multi-Year Numerical Objective: 49 | Assistant Secretaries and Principal Organization Heads | 09/30/03 |
| --Loan Specialist - GS-1165*<br>--FY03 Numerical Objective: 0<br>--Multi-Year Numerical Objective: 230 | " | " |
| --Realty Specialist - GS-1170*<br>--FY03 Numerical Objective: 0<br>--Multi-Year Numerical Objective: 59 | " | " |
| --Appraising and Assessing - GS-1171<br>--FY03 Numerical Objective: 11<br>--Multi-Year Numerical Objective: 155 | " | " |
| --Housing Management Specialist - GS-1173*<br>--FY03 Numerical Objective: 0<br>--Multi-Year Numerical Objective: 55 | " | " |

* Due to organizational changes, this occupational series has fewer than 100 employees.  No numerical objectives have been established.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENTWIDE

UPDATE

PROGRAM ELEMENT: II. WORKFORCE

PROBLEM/BARRIER STATEMENT: Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

OBJECTIVE: To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

RESPONSIBLE OFFICIAL: Secretary
TARGET DATE: 09/30/03

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| --**Criminal Investigator** - GS-1811<br>--FY03 Numerical Objective: 11<br>--Multi-Year Numerical Objective: 93 | Assistant Secretaries and Principal Organization Heads | 09/30/03 |
| **TECHNICAL (PATCOB) CATEGORY:**<br>**FY03 Numerical Objective: 32**<br>**Multi-Year Numerical Objective: 871*** | **Assistant Secretaries and Principal Organization Heads** | 09/30/03 |
| --**Clerk/Assistant** - GS-0303<br>--FY03 Numerical Objective: 32<br>--Multi-Year Numerical Objective: 693 | " | " |
| --**Accounting Technician** - GS-0525**<br>--FY03 Numerical Objective: 0<br>--Multi-Year Numerical Objective: 65 | " | " |

* To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2003) combined numerical objectives.

** Due to organizational changes, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DII-22

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENTWIDE

UPDATE

PROGRAM ELEMENT: II. WORKFORCE

PROBLEM/BARRIER STATEMENT: Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

OBJECTIVE: To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

RESPONSIBLE OFFICIAL: Secretary
TARGET DATE: 09/30/03

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| TECHNICAL (PATCOB) CATEGORY (Cont'd) | | |
| --General Business and Industry - GS-1101<br>--FY03 Numerical Objective: 0*<br>--Multi-Year Numerical Objective: 112 | Assistant Secretaries and Principal Organization Heads | 09/30/03 |
| --Financial Technician - GS-1160*<br>--FY03 Numerical Objective: 0<br>--Multi-Year Numerical Objective: 1 | " | " |
| CLERICAL (PATCOB) CATEGORY:<br>FY03 Numerical Objective: 30<br>Multi-Year Numerical Objective: 730** | Assistant Secretaries and Principal Organization Heads | 09/30/03 |
| --Clerk/Assistant - GS-0303<br>--FY03 Numerical Objective: 19<br>--Multi-Year Numerical Objective: 197 | " | " |
| --Secretary - GS-0318<br>--FY03 Numerical Objective: 11<br>--Multi-Year Numerical Objective: 3385 | " | " |

* Due to organizational changes, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

** To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2003) combined numerical objectives.

EEOC FORM 566 (8/87)

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENTWIDE

UPDATE

**PROGRAM ELEMENT: II. WORKFORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/03

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **CLERICAL (PATCOB) CATEGORY**: (Cont'd) | | |
| --**Clerk-Typist** - GS-0322*<br>--FY03 Numerical Objective: 0<br>--Multi-Year Numerical Objective: 118 | Assistant Secretaries and Principal Organization Heads | 09/30/03 |
| --**Office Automation (Clerk)** - GS-0326*<br>--FY03 Numerical Objective: 0<br>--Multi-Year Numerical Objective: 30 | " | " |
| **OTHER CATEGORY**: *<br>FY03 Numerical Objective: 0<br>Multi-Year Numerical Objective: 38** | **Assistant Secretaries and Principal Organization Heads** | 09/30/03 |
| **BLUE COLLAR CATEGORY**: *<br>FY03 Numerical Objective: 0<br>Multi-Year Numerical Objective: 12 | **Assistant Secretary for the Office of Administration** | 09/30/03 |

* Due to organizational changes, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

** To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2003) combined numerical objectives.

EEOC FORM 566 (8/87)

DII-24

# COMBINED HIRING AND INTERNAL MOVEMENT

## NUMERICAL OBJECTIVES BY PATCOB
## FISCAL YEAR 2003

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| PROFESSIONAL | PLANNED | 47 | **** | 35 | 0 | 0 | 1 | 1 | 5 | 1 | 2 | 3 |
| | ACTUAL | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 195 | **** | 148 | 0 | 4 | 7 | 7 | 9 | 8 | 6 | 6 |
| | ACTUAL | | | | | | | | | | | |
| TECHNICAL | PLANNED | 41 | **** | 32 | 2 | 0 | 3 | 0 | 2 | 0 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| CLERICAL | PLANNED | 33 | **** | 21 | 0 | 0 | 4 | 2 | 1 | 2 | 2 | 1 |
| | ACTUAL | | | | | | | | | | | |
| OTHER | PLANNED | 9 | **** | 0 | 2 | 0 | 1 | 2 | 1 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| TOTAL | PLANNED | 326 | **** | 236 | 4 | 4 | 16 | 12 | 18 | 12 | 13 | 11 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-25

# COMBINED HIRING AND INTERNAL MOVEMENT

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
### FISCAL YEAR 2003

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0110* ECONOMIST PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 9 | **** | 5 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 10 | **** | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 14 | **** | 11 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC PROFESSIONAL | PLANNED | 6 | **** | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0201 PRSNL MGMNT ADMINISTRATIVE | PLANNED | 11 | **** | 4 | 0 | 0 | 2 | 0 | 2 | 2 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |

* This is occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-26

COMBINED HIRING AND INTERNAL MOVEMENT

NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 2003

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0301 GEN. ADMIN ADMINISTRATIVE | PLANNED | 39 | **** | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC ADMINISTRATIVE | PLANNED | 6 | **** | 4 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340* PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGT/PROG ANAL ADMINISTRATIVE | PLANNED | 25 | **** | 17 | 0 | 0 | 3 | 2 | 2 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPEC ADMINISTRATIVE | PLANNED | 15 | **** | 10 | 0 | 0 | 0 | 0 | 2 | 1 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL ADMINISTRATIVE | PLANNED | 8 | **** | 3 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0828 CONST ANAL ADMINISTRATIVE | PLANNED | 9 | **** | 3 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-27

# COMBINED HIRING AND INTERNAL MOVEMENT

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
### FISCAL YEAR 2003

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./PAC. ISLANDER | | AMER. INDIAN/ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-1101 BUS/INDUSTRY ADMINISTRATIVE | PLANNED | 55 | **** | 53 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1160 FIN ANAL (HSG) ADMINISTRATIVE | PLANNED | 5 | **** | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1165* LOAN SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1170* REALTY SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 11 | **** | 4 | 0 | 2 | 0 | 1 | 1 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-1173* HSNG MGT SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1811 CRIMINAL INVEST ADMINISTRATIVE | PLANNED | 11 | **** | 8 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-28

## COMBINED HIRING AND INTERNAL MOVEMENT

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
## FISCAL YEAR 2003

**ORGANIZATION: HUD**

DII-29

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0303 CLERK/ASST TECHNICAL | PLANNED | 32 | **** | 24 | 2 | 0 | 3 | 0 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0525* ACCTNG TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1101 HOUSING TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0303 CLERK/ASST CLERICAL | PLANNED | 19 | **** | 11 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 11 | **** | 8 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0326* OFFICE AUTO ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR PAY PLANS* WAGE GRADE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

## SUMMARY OF HIRING

### NUMERICAL OBJECTIVES BY PATCOB
### FISCAL YEAR 2003

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| PROFESSIONAL | PLANNED | 32 | **** | 21 | 0 | 0 | 1 | 1 | 3 | 1 | 2 | 3 |
| | ACTUAL | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 93 | **** | 68 | 0 | 2 | 3 | 3 | 5 | 5 | 3 | 4 |
| | ACTUAL | | | | | | | | | | | |
| TECHNICAL | PLANNED | 33 | **** | 25 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| CLERICAL | PLANNED | 21 | **** | 15 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| OTHER | PLANNED | 5 | **** | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| TOTAL | PLANNED | 184 | **** | 129 | 2 | 2 | 9 | 5 | 12 | 7 | 9 | 9 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DH-30

## SUMMARY OF HIRING

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
### FISCAL YEAR 2003

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0110* ECONOMIST PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 6 | **** | 3 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 6 | **** | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 12 | **** | 10 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC PROFESSIONAL | PLANNED | 6 | **** | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0201 PRSNL MGMNT ADMINISTRATIVE | PLANNED | 6 | **** | 2 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |

\* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-31

## SUMMARY OF HIRING

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
## FISCAL YEAR 2003

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0301 GEN. ADMIN ADMINISTRATIVE | PLANNED | 13 | **** | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC ADMINISTRATIVE | PLANNED | 1 | **** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340* PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGT/PROG ANAL ADMINISTRATIVE | PLANNED | 16 | **** | 12 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPEC ADMINISTRATIVE | PLANNED | 11 | **** | 8 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL ADMINISTRATIVE | PLANNED | 1 | **** | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0828 CONST ANAL ADMINISTRATIVE | PLANNED | 4 | **** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-32

# SUMMARY OF HIRING

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
## FISCAL YEAR 2003

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-1101 BUS/INDUSTRY ADMINISTRATIVE | PLANNED | 21 | **** | 20 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1160 FIN ANAL (HSG) ADMINISTRATIVE | PLANNED | 5 | **** | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1165* LOAN SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1170* REALTY SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 7 | **** | 2 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-1173* HSNG MGT SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1811 CRIMINAL INVEST ADMINISTRATIVE | PLANNED | 5 | **** | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-33

## SUMMARY OF HIRING

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
## FISCAL YEAR 2003

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0303 CLERK/ASST TECHNICAL | PLANNED | 26 | **** | 19 | 2 | 0 | 2 | 0 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0525* ACCTNG TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1101 HOUSING TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0303 CLERK/ASST CLERICAL | PLANNED | 10 | **** | 7 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 8 | **** | 6 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0326** OFFICE AUTO ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR PAY PLANS** WAGE GRADE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-34

## SUMMARY OF INTERNAL MOVEMENTS

## NUMERICAL OBJECTIVES BY PATCOB
## FISCAL YEAR 2003

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| PROFESSIONAL | PLANNED | 14 | **** | 12 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 102 | **** | 80 | 0 | 2 | 4 | 4 | 3 | 3 | 3 | 2 |
| | ACTUAL | | | | | | | | | | | |
| TECHNICAL | PLANNED | 8 | **** | 7 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| CLERICAL | PLANNED | 12 | **** | 6 | 0 | 0 | 3 | 0 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| OTHER | PLANNED | 4 | **** | 0 | 2 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| TOTAL | PLANNED | 140 | **** | 105 | 2 | 2 | 8 | 4 | 9 | 4 | 4 | 2 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-35

## SUMMARY OF INTERNAL MOVEMENTS

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
## FISCAL YEAR 2003

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0110* ECONOMIST PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 3 | **** | 2 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 4 | **** | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 7 | **** | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0201 PRSNL MGMNT ADMINISTRATIVE | PLANNED | 5 | **** | 2 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-36

## SUMMARY OF INTERNAL MOVEMENTS

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
## FISCAL YEAR 2003

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0301 GEN. ADMIN ADMINISTRATIVE | PLANNED | 26 | **** | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC ADMINISTRATIVE | PLANNED | 5 | **** | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340* PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGT/PROG ANAL ADMINISTRATIVE | PLANNED | 9 | **** | 5 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPEC ADMINISTRATIVE | PLANNED | 4 | **** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL ADMINISTRATIVE | PLANNED | 4 | **** | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0828 CONST ANAL ADMINISTRATIVE | PLANNED | 5 | **** | 2 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-37

# SUMMARY OF INTERNAL MOVEMENTS

## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
## FISCAL YEAR 2003

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-1101 BUS/INDUSTRY ADMINISTRATIVE | PLANNED | 34 | **** | 33 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1160 FIN ANAL (HSG) ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1165* LOAN SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1170* REALTY SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 4 | **** | 2 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1173* HSNG MGT SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1811 CRIMINAL INVEST ADMINISTRATIVE | PLANNED | 6 | **** | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-38

## SUMMARY OF INTERNAL MOVEMENTS
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
## FISCAL YEAR 2003

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0303 CLERK/ASST TECHNICAL | PLANNED | 6 | **** | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0525* ACCTNG TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1101* HOUSING TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0303 CLERK/ASST CLERICAL | PLANNED | 9 | **** | 4 | 0 | 0 | 1 | 2 | 0 | 1 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 3 | **** | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0326* OFFICE AUTO ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR PAY PLANS* WAGE GRADE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-03. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-39

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT



# FISCAL YEAR 2003

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM
## (AEP)

## PLAN UPDATE REPORT

## PROGRAM ELEMENT III - DISCRIMINATION COMPLAINTS

**Pages DIII-1 through DIII-4**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENTWIDE**

UPDATE

## III. DISCRIMINATION COMPLAINTS

An analysis of the Fiscal Year 2002 EEO discrimination complaint efforts and activities revealed that the Department was successful in **reducing** the average processing time for EEO complaint closures. The specific details of the various analyses are as follows:

There were 4 full-time EEO Counselors available to assist employees, former employees and applicants for employment who believe that they have suffered discrimination. This equates to approximately one (1) Counselor for every two thousand employees. The analyses further revealed that 305 individuals were counseled during Fiscal Year 2002. A total of 134 formal EEO complaints were filed, an **increase** of 18.6 percent from Fiscal Year 2001's 113 formal complaints. Final closures (dismissals, withdrawals, settlements, and final decisions) were completed in 144 complaints, an **increase** of 0.7 percent over Fiscal Year 2001's 143 closures. The average processing time for case closures was 816 days, a **decrease** of 26 days from Fiscal Year 2001's 842 days.

A total of 273 EEO discrimination complaints were pending in the inventory at the end of Fiscal Year 2002, an **increase** of 2.3 percent from Fiscal Year 2001's 267 complaints. The average age of pending EEO complaints (in days) is 583, a **decrease** of 10.3 percent over Fiscal Year 2001's 650 days. The pending complaints are in the following stages of processing:

| STAGE OF PROCESSING | NUMBER | CHANGE IN NUMBER Fiscal Years 2001/2002 |
|---|---|---|
| Acknowledgments - (Acceptance/Dismissal) | 0 | -21 |
| Investigations | 115 | -44 |
| Administrative Hearings | 114 | -39 |
| Final Decisions | 44 | +23 |

A review of specific bases and issues in formal EEO discrimination complaints filed, Department-wide, was conducted to ascertain the existence of any trends signaling possible underlying problems.

EEOC FORM 566 (8/87)

DIII-1

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

DEPARTMENTWIDE

UPDATE

### III. DISCRIMINATION COMPLAINTS

### ANALYSIS OF COMPLAINTS

The following reflects the numbers of formal complaints filed by bases and issues during Fiscal Years 1989 through 2002

| Bases/Issues | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reprisals | 56 | 51 | 64 | 34 | 102 | 85 | 68 | 62 | 152 | 90 | 92 | 84 | 48 | 25 |
| Promotions | 24 | 18 | 38 | 63 | 85 | 87 | 120 | 138 | 165 | 90 | 124 | 62 | 59 | 36 |
| Performance Appraisals | 22 | 15 | 20 | 71 | 60 | 48 | 31 | 19 | 81 | 36 | 55 | 13 | 10 | 31 |
| Reassignments | 12 | 9 | 17 | 17 | 14 | 37 | 10 | 11 | 34 | 32 | 3 | 5 | 1 | 11 |
| Harassment: Sexual | 3 | 5 | 4 | 7 | 13 | 14 | 11 | 0 | 3 | 10 | 1 | 0 | 3 | 2 |
| Non-Sexual | - | - | - | - | - | - | - | 16 | 71 | 49 | 25 | 12 | 0 | 30 |

- Data not currently available

### ALTERNATIVE DISPUTE RESOLUTION (ADR) ANALYSIS

The analysis of the Department's ADR Program revealed that during Fiscal Year 2002, there were 199 new ADR offers (165 during the informal (pre-complaint) stage and 34 during the formal complaint stage). Eighty (80) or 48.5 percent elected to participate in ADR. There were one-hundred (100) ADR sessions during Fiscal Year 2002 (94 used the Mediation technique and 6 used the Fact-Finding technique). Of the ADR sessions held, thirty-seven (37) were resolved with benefits, sixty-one (61) were not resolved, and two (2) withdrew from the ADR process. At the end of Fiscal Year 2002, there were fourteen (14) cases in the open inventory, a decrease of twenty (20) or 58.8 percent from Fiscal Year 2001's total of thirty-four (34) cases.

### ADR EFFORTS, ACTIONS, AND RESULTS
### Fiscal Year 2002

| Open Inventory | | | | ADR Dispositions | | | ADR Attempts and Outcome | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY-01 | FY-02 | Change # | % | Offers | Accepts # | % | Attempts | Settlements # | % | No Resolutions # | % | Withdrawals # | % |
| 34 | 14 | -20 | -58.8 | 199 | 80 | 40.2 | 100 | 37 | 37.0 | 61 | 61.0 | 2 | 2.0 |
| | | | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DIII-2

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENTWIDE**

UPDATE

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

**III. DISCRIMINATION COMPLAINTS**

**UNDESIRED CONDITION:**  The average processing time of EEO discrimination complaints exceeds the Equal Employment Opportunity Commission's (EEOC) requirements.

**DESIRED CONDITION:**  More expeditious processing of EEO discrimination complaints as required by 29 CFR 1614.

**ANALYSIS:**  An analysis of the Department's Fiscal Year 2002 EEO discrimination complaint activity revealed that the average processing time for EEO complaints continues to exceed EEOC's requirements.

**PROBABLE BARRIER:**  Delayed and/or incomplete/inadequate investigative reports.  Other probable barriers are the increase in the number of complaints being referred to the EEOC for Administrative Hearings and the increasing length of time at the EEOC for a hearing.

**ALTERNATIVES:**  Implement the following strategies to reduce the EEO discrimination complaint inventory:  (1) reevaluate and terminate all investigation firms whose services are below HUD's requirements and expectations; and (2) continue to provide training to all EEO Counselors, managers, supervisors, and staff on HUD's Alternative Dispute Resolution (ADR) Program with a focus on the avoidance of and/or the settlement of EEO discrimination complaints at the earliest stage.

**EXPECTED RESULTS:**  A reduction in the number of formal complaints filed; reduction in the average processing time for EEO discrimination complaints while ensuring timely processing of the current caseload; an increase in the ADR Program participation and, as a result, an increase in voluntary dispute resolutions.

**FOLLOW-UP ACTION:**  Continue to monitor EEO discrimination complaints and the ADR Program.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENTWIDE

UPDATE

**PROGRAM ELEMENT: III. DISCRIMINATION COMPLAINTS**

**PROBLEM/BARRIER STATEMENT:** The average processing time of EEO discrimination complaints exceeds EEOC's requirements in 29 CFR 1614.

**OBJECTIVE:** Reduce the average processing time for EEO discrimination complaints while ensuring timely response to current caseload to meet the statutory requirement for investigating cases within the 180 day time limit and continue to offer ADR as a means of increasing voluntary resolution at the earliest possible stage.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/03

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 1. Train all managers, supervisors, EEO Counselors, Discrimination Complaint Managers, and staff on Alternative Dispute Resolution (ADR). | Director, Office of Departmental Equal Employment Opportunity (ODEEO) | 09/30/03 |
| 2. Continue to track, analyze, and report on EEO Discrimination complaint processing time, case load inventory, and staff utilization and ADR activity. | " | Quarterly with annual reporting 09/30/03 |
| 3. Recruit and hire additional staff for the Alternative Dispute Resolution Division and the Equal Employment Opportunity Complaint Processing Division. | " | 06/30/03 |

EEOC FORM 566 (8/87)

DIII-4

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT



## FISCAL YEAR 2003

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM
## (AEP)

## PLAN UPDATE REPORT

## PROGRAM ELEMENT IV - RECRUITMENT AND HIRING

**Pages DIV-1 through DIV-6**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## IV. RECRUITMENT AND HIRING

An analysis of the Department's Fiscal Year 2002 recruitment and hiring activities revealed that the on-board permanent workforce **decreased** by 37 or -0.4 percent, from 9,770 in Fiscal Year 2001 to 9,733 in Fiscal Year 2002. There were 445 accessions, of which 305 or 68.5 percent were first-time Government employees. Looking specifically at the first-time Government employees, minorities and women comprised 224 or 73.4 percent (a decrease of 1.3% from Fiscal Year 2001's accessions), women comprised 176 or 57.7 percent (an increase of 0.2% from Fiscal Year 2001's accessions), and minorities comprised 169 or 55.4 percent (an increase of 0.3% from Fiscal Year 2001's accessions). Blacks comprised 139 or 45.6 percent; Whites comprised 136 or 44.6 percent of the first-time hires (White females comprised 18.0 percent); Asian Americans comprised 19 or 6.2 percent, and Hispanics comprised 11 or 3.6 percent.

Looking at the total new hires (445) to HUD, minorities and women comprised 330 or 74.2 percent, women comprised 252 or 56.6 percent, and minorities comprised 252 or 56.6 percent. Whites comprised 193 or 43.3 percent (White females comprised 78 or 17.5 percent); Blacks comprised 198 or 44.5 percent; Hispanics comprised 27 or 6.1 percent; Asian Americans comprised 23 or 5.2 percent; and American Indians comprised 4 or 0.8 percent. The on-board numbers and percentages of representation for minorities and women **increased** by 39 or +0.7 percent, women **increased** by 24 or +0.5 percent, and minorities **increased** by 106 or 1.3 percent. The percentages of workforce representation also **increased** for Black males, Black females, Hispanic males, and Asian American females. The percentages of representation for White females **decreased** by 0.6 percent, and remained **unchanged** from Fiscal Year 2001 for Hispanic females, Asian American males, American Indian males, and American Indian females.

### APPLICANT FLOW ANALYSIS

Applicant flow data were not reported during Fiscal Year 2002. While the Department was unable to assess the true applicant pools, an analysis of the selections was conducted. HUD's recruitment and outreach efforts resulted in the following hiring objective accomplishments for the targeted groups: **Black males** at 100.0 percent (1) of the targeted objective; followed by **Black females** at 100.0 percent (3), **Hispanic females** at 88.9 percent (8), **Asian American females** at 87.5 percent (7), **White females** at 84.6 percent (55), **Hispanic males** at 70.0 percent (7), **Asian American males** at 57.1 percent (8), **American Indian males** at 25.0 percent (2), and **American Indian females** at 10.0 percent (1). While this type of analysis does not reveal whether an EEO group was adversely impacted during the recruitment process, it does reflect the Department's diversity during the hiring process. The following analysis summarizes the Department's hiring accomplishments for both first-time government employment and all new hires to the Department:

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

## IV. RECRUITMENT AND HIRING

## ANALYSIS BY HIRING CATEGORY

| EEO GROUP | 1ST TIME GOVERNMENT HIRES | | ALL NEW HIRES | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| **WHITE** | **136** | **44.6** | **193** | **43.3** |
| Males | 81 | 26.6 | 115 | 25.8 |
| Females | 55 | 18.0 | 78 | 17.5 |
| **BLACK** | **139** | **45.6** | **198** | **44.5** |
| Males | 35 | 11.5 | 57 | 12.8 |
| Females | 104 | 34.1 | 141 | 31.7 |
| **HISPANIC** | **11** | **3.6** | **27** | **6.1** |
| Males | 6 | 2.0 | 11 | 2.5 |
| Females | 5 | 1.6 | 16 | 3.6 |
| **ASIAN AMERICAN** | **19** | **6.2** | **23** | **5.2** |
| Males | 7 | 2.3 | 8 | 1.8 |
| Females | 12 | 3.9 | 15 | 3.4 |
| **AMERICAN INDIAN** | **0** | **0.0** | **4** | **0.8** |
| Males | 0 | 0.0 | 2 | 0.4 |
| Females | 0 | 0.0 | 2 | 0.4 |
| **TOTAL ALL** | 305 | 100.0 | 445 | 100.0 |
| Minorities and Women | 224 | 73.4 | 330 | 74.2 |
| Women | 176 | 57.7 | 252 | 56.6 |
| Minorities | 169 | 55.4 | 252 | 56.6 |

## PROBLEM/BARRIER IDENTIFICATION

While no policy or procedural problems/barriers were identified under this program element, there are instances of under-representation (manifest imbalance and/or conspicuous absence) of some EEO groups in the Department's workforce.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENTWIDE

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

## IV. RECRUITMENT AND HIRING (Cont'd)

The analysis identified the following major concerns:

**UNDESIRED CONDITION:** Some EEO groups remain under-represented (manifest imbalance and/or conspicuous absence) in the workforce, as compared to the Civilian Labor Force (CLF), in some occupational categories (PATCOB), and in eighteen (18) major occupational series. The number of major occupational series (defined as with 100 or more employees) continue to decline as the workforce declines - from twenty-two (22) occupations in Fiscal Year 1996 to eighteen (18) at the end of Fiscal Year 2001.

Further, the lack of applicant flow data has limited HUD's ability to effectively conduct adverse impact analysis and impact ratio analysis to determine if some EEO groups are being adversely affected during the competitive selection process.

**DESIRED CONDITION:** The desired condition is to attain a workforce that is reflective of the nation's diversity. Due to the anticipated number of outside recruits and hires and normal attrition from the aging workforce, HUD's ability to fully attain its desired condition will be difficult. Yet, every effort will be made to eliminate instances of under-representation of the targeted EEO groups in each of the major occupational series.

**ANALYSIS:** An analysis of the Department's workforce revealed that there are **MANIFEST IMBALANCES (MI)**-When the workforce's representation of a particular EEO group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF) and **CONSPICUOUS ABSENCES (CA)**-When a particular EEO group is nearly or nonexistent in an occupational category or grade level in the workforce, in the following eighteen **major occupations** (job series with 100 or more employees). The areas of under-representation in HUD's major occupations are as follows:

| PATCOB and Major Occupations | White females | Black males | Black females | Hispanic males | Hispanic females | Asian Amer. males | Asian Amer. females | Amer. Indian males | Amer. Indian females |
|---|---|---|---|---|---|---|---|---|---|
| **PROFESSIONAL** | | | | | | | | | |
| 0510 - Accountant | MI | | | | CA | MI | | | CA |
| 0511 - Auditor | MI | | | | | | | CA | |
| 0905 - Attorney | MI | | | | | CA | | | CA |
| 1102 - Contract Specialist | MI | | | CA | | CA | MI | CA | CA |

EEOC FORM 566 (8/87)

DIV-3

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENTWIDE

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

IV. RECRUITMENT AND HIRING (Cont'd)

| PATCOB and Major Occupations | White females | Black males | Black females | Hispanic males | Hispanic females | Asian Amer. males | Asian Amer. females | Amer. Indian males | Amer. Indian females |
|---|---|---|---|---|---|---|---|---|---|
| **ADMINISTRATIVE** | | | | | | | | | |
| 0201 - Personnel Management | MI | | | CA | | CA | MI | | CA |
| 0301 - General Administrative | MI | | | | | | | MI | |
| 0334 - Computer Specialist | CA | | | | MI | | | | CA |
| 0343 - Management Analyst | MI | | | MI | MI | MI | | CA | |
| 0360 - EO Specialist | CA | | | | | MI | MI | CA | |
| 0501 - Financial Oper. Analyst. | CA | | | CA | MI | | | CA | CA |
| 0828 - Construction Analyst | CA | | MI | | CA | | CA | | |
| 1101(A) - General Bus. and Industry | MI | | | | | MI | | | |
| 1160 - Financial Analyst | MI | | | | | | | | |
| 1171 - Appraiser | CA | | CA | | MI | MI | MI | CA | CA |
| 1811 - Criminal Investigator | CA | | | | | | MI | | CA |

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENTWIDE

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

## IV. RECRUITMENT AND HIRING (Cont'd)

| PATCOB and Major Occupations | White females | Black males | Black females | Hispanic males | Hispanic females | Asian Amer. males | Asian Amer. females | Amer. Indian males | Amer. Indian females |
|---|---|---|---|---|---|---|---|---|---|
| **TECHNICAL** | | | | | | | | | |
| 0303 - Misc. Clerk/ Assistant | MI | MI | | MI | | MI | | MI | |
| **CLERICAL** | | | | | | | | | |
| 0303 (C) - Misc. Clerk/Assistant | MI | | | MI | MI | | MI | CA | |
| 0318 - Secretary | CA | | | MI | | MI | | | |

**PROBABLE BARRIER:** Limited recruitment opportunities and high attrition rate of minorities and women.

**ALTERNATIVE:** Continue to encourage the use of training and career development programs and internal movements as a means of correcting instances of under-representation and monitor the implementation of the Department's Strategic Human Capital Management planning for the future of HUD and its employees.

**EXPECTED RESULTS:** The ideal result is the attainment of a diversified, balanced workforce that is representative of the Civilian Labor Force (CLF) and the Nation's diversity.

**FOLLOW-UP ACTION:** Continue to monitor recruitment, hiring, internal movement, training and career development, and attrition statistics and conduct impact analyses, including applicant flow data, on identified EEO groups that are under-represented in the Department's workforce.

While some outside recruitment and hiring will occur, emphasis for Fiscal Year 2003 will again be placed on internal movements, training, and career development. See Program Element II-Work Force for established numerical hiring and internal movement objectives, and Program Elements V-Employee Development and VII-Separations for related Objectives and Action Items.

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### REPORT OF OBJECTIVES AND ACTION ITEMS

### DEPARTMENTWIDE

UPDATE

**PROGRAM ELEMENT:  IV.  RECRUITMENT AND HIRING**

**PROGRAM/BARRIER STATEMENT:**  Limited opportunities to recruit from outside the agency.

**OBJECTIVE:**  Eliminate instances of manifest imbalances and conspicuous absences of EEO groups in the workforce through staff utilization, internal movements, utilizing both training and career development.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/03

| ACTION ITEMS | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 1. Develop and implement AEP Plans that focus on internal movement strategies and training and development initiatives for each Program Office within HUD. | Assistant Secretaries and Primary Organization Heads | 01/31/03 |
| 2. Refocus efforts to collect, monitor and analyze applicant flow data to determine any adverse impact on minorities, women, and persons with disabilities. | Assistant Secretary for Administration Director, ODEEO | Ongoing Activity with annual impact reporting 09/30/03 |
| 3. Continue to solicit the assistance Special Emphasis Groups as recruitment outreach sources and as advocates in the training and development of minorities, women, and persons with disabilities. | Assistant Secretary for Administration and Director, ODEEO | Ongoing activity with annual training reporting 09/30/03 |

EEOC FORM 566 (8/87)

DIV-6

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT



# FISCAL YEAR 2003

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## PLAN UPDATE REPORT

## PROGRAM ELEMENT V - EMPLOYEE DEVELOPMENT PROGRAMS

**Pages DV-1 through DV-7**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## V.  EMPLOYEE DEVELOPMENT PROGRAMS

The Secretary's memorandum to all Principal staff declaring training a priority at HUD remains in effect.  The HUD Training Academy (HTA) continues to report directly to the Assistant Secretary for Administration and the HTA Board of Governors continues to provide support for training and learning in the Department.  The Board reports directly to the Deputy Secretary.  The Department remains fully committed to equipping its workforce with the knowledge, skills, and abilities necessary to perform and succeed on the job.  The following outlines HUD's Fiscal Year 2001 training and development efforts and accomplishments.

The analysis of **combined developmental opportunities** revealed a total of 6,113 training incidents and special program participation, an increase of 382 or 6.7 percent.  1,114 employees participated in mandatory sexual harassment prevention training,  Unfortunately, the race and sex designations were not available at report development.  As a result, the following analyses focuses on the available data covering a total of 5,509 incidents of training and special program participation.   Minorities and women comprised 4,426 or 80.3 percent of the developmental opportunities, an **increase** of 181 or +6.2 percent; women comprised 3,639 or 66.1 percent of the developmental opportunities, an **increase** of 137 or +5.0 percent; and minorities comprised 3,238 or 58.8 percent of the developmental opportunities, an **increase** of 719 or +14.9 percent.  Looking at the individual EEO groups, the percentage of participation **increased** for Black males (+1.3%), Black females (+14.8%), Asian American males (+0.2%), and American Indian females (+0.3%).  The percentages of participation **decreased** for White females (-8.5%), Hispanic males (-0.1%), Hispanic females (-1.4%), Asian American females (-0.2%), and American Indian males (-0.1%).

Looking further at the participation in training and employee development, White employees represent 52.3 percent of the workforce. White females represent 26.0 percent.  Of the White employees, 44.6 percent (White females at 47.0%) participated in some type of employee development effort.  Black employees represent 35.9 percent of the workforce.  Of the Black employees, 75.8 percent participated in some type employee development effort.  Hispanic employees represent 7.1 percent of the workforce.  Of the Hispanic employees, 53.6 percent participated in some type employee development effort.  Asian American employees represent 3.7 percent of the workforce.  Of the Asian American employees, 45.1 percent participated in some type employee development effort.  American Indian employees represent 1.0 percent of the workforce.  Of the American Indian employees, 60.0 percent participated in some type employee development effort.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## V.  EMPLOYEE DEVELOPMENT PROGRAMS

The analysis of the **Incidents of Training** revealed that the participation of minorities and women **increased** by 40 or +6.5 percent; the participation of women **increased** by 70 or +6.1 percent; and the participation of minorities **increased** by 588 or +15.1 percent. Looking at the individual EEO groups, the percentage of participation **increased** for Black males (+0.4%), Black females (+16.1%), and American Indian females (+0.2%). The percentages of participation **decreased** for White females (-8.7%), Hispanic females (-1.3%), Asian American females (-0.3%), and American Indian males (-0.1%). The percentages remained unchanged from Fiscal Year 2001 for Hispanic males and Asian American males.

The analysis of the **Special Employment Program** participation revealed an **increase** of 168 or 49.1 percent. Minorities and women comprised 422 or 82.7 percent of the Special Employment Program participation, an **increased** of 141 or +0.5 percent; women comprised 307 or 60.2 percent of participation, an **increase** of 67, yet their percentage **decreased** by 10.0 percent; and minorities comprised 306 or 60.0 percent of participation, an **increase** of 131 or +8.8 percent. Looking at the individual EEO groups, the percentage of participation **increased** for Black males (+9.6%), Asian American males (+2.1%), Asian American females (+0.9%), American Indian males (+0.1%), and American Indian females (+0.9%). The percentages of participation **decreased** for White females (-8.2%, yet the number **increased** by 10), Black females (-0.7%, yet the number increased by 47), Hispanic males (-1.2%), and Hispanic females (-2.8%).

### FISCAL YEAR 2002 COMBINED TRAINING AND EMPLOYEE DEVELOPMENT BY EEO GROUPS

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Participants | Percentage of Participation | Percentage of EEO Group Participating | Change in Participation FY-01/02 | |
|---|---|---|---|---|---|---|---|
| | | | | | | Number | Percent |
| White | 5,092 | 52.3 | 2,271 | 41.3 | 44.6 | -941 | - 14.7 |
| Males | 2,562 | 26.3 | 1,083 | 19.7 | 42.3 | -403 | - 6.2 |
| Females | 2,530 | 26.0 | 1,188 | 47.0 | 47.0 | -538 | - 8.5 |
| Black | 3,491 | 35.9 | 2,646 | 48.0 | 75.8 | +816 | +16.1 |
| Males | 872 | 9.0 | 535 | 9.7 | 61.3 | + 52 | + 1.3 |
| Females | 2,619 | 26.9 | 2,111 | 38.8 | 80.6 | +764 | +14.8 |
| Hispanic | 689 | 7.1 | 369 | 6.7 | 53.6 | - 99 | - 1.5 |
| Males | 278 | 2.9 | 151 | 2.7 | 54.3 | - 10 | - 0.1 |
| Females | 411 | 4.2 | 218 | 4.0 | 53.0 | - 89 | - 1.4 |

**EEOC FORM 566 (8/87)**

DV-2

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

V.    EMPLOYEE DEVELOPMENT PROGRAMS

## FISCAL YEAR 2002 COMBINED TRAINING AND EMPLOYEE DEVELOPMENT BY EEO GROUPS (Cont'd)

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Participants | Percentage of Participation | Percentage of EEO Group Participating | Change in Participation FY-01/02 | |
|---|---|---|---|---|---|---|---|
| | | | | | | Number | Percent |
| Asian Amer. | 361 | 3.7 | 163 | 2.9 | 45.1 | - 5 | 0.0 |
| Males | 163 | 1.7 | 83 | 1.5 | 50.9 | + 7 | + 0.2 |
| Females | 198 | 2.0 | 80 | 1.4 | 40.4 | - 12 | - 0.2 |
| Amer. Indian | 100 | 1.0 | 60 | 1.1 | 60.0 | - 7 | + 0.2 |
| Males | 38 | 0.4 | 18 | 0.3 | 47.4 | - 5 | - 0.1 |
| Females | 62 | 0.6 | 42 | 0.8 | 67.7 | + 12 | + 0.3 |
| Total All | 9,733 | 100.0 | 5,509* | 100.0 | 56.6 | -222 | - 3.9 |
| Minorities and Women | 7,171 | 73.7 | 4,426 | 80.3 | 61.7 | +181 | + 6.2 |
| Women | 5,820 | 59.8 | 3,639 | 66.1 | 62.5 | +137 | + 5.0 |
| Minorities | 4,641 | 47.7 | 3,238 | 58.8 | 70.0 | +719 | +14.9 |

## FISCAL YEAR 2002 TRAINING OPPORTUNITIES/INCIDENTS BY EEO GROUPS

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Participants | Percentage of Participation | Percentage of EEO Group Participating | Change in Participation FY-01/02 | |
|---|---|---|---|---|---|---|---|
| | | | | | | Number | Percent |
| White | 5,092 | 52.3 | 2,067 | 41.3 | 40.6 | -978 | - 15.2 |
| Males | 2,562 | 26.3 | 995 | 19.9 | 38.8 | -430 | - 6.5 |
| Females | 2,530 | 26.0 | 1,072 | 21.4 | 42.4 | -548 | - 8.7 |
| Black | 3,491 | 35.9 | 2,407 | 48.1 | 68.9 | +707 | +16.5 |
| Males | 872 | 9.0 | 446 | 8.9 | 51.1 | - 10 | + 0.4 |
| Females | 2,619 | 26.9 | 1,961 | 39.2 | 74.9 | +717 | +16.1 |

* Excludes 1,114 additional employees who participated in the mandatory Sexual Harassment Prevention training. Race and sex distribution was not available at report development.

EEOC FORM 566 (8/87)

DV-3

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

## V.  EMPLOYEE DEVELOPMENT PROGRAMS

### FISCAL YEAR 2002 TRAINING OPPORTUNITIES/INCIDENTS BY EEO GROUPS

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Participants | Percentage of Participation | Percentage of EEO Group Participating | Change in Participation FY-01/02 Number | Percent |
|---|---|---|---|---|---|---|---|
| Hispanic | 689 | 7.1 | 336 | 6.7 | 48.8 | - 96 | - 1.3 |
| Males | 278 | 2.9 | 141 | 2.8 | 50.7 | - 9 | 0.0 |
| Females | 411 | 4.2 | 195 | 3.9 | 47.4 | - 87 | - 1.3 |
| Asian Amer. | 361 | 3.7 | 137 | 2.7 | 38.0 | - 24 | - 0.3 |
| Males | 163 | 1.7 | 69 | 1.4 | 42.3 | - 5 | 0.0 |
| Females | 198 | 2.0 | 68 | 1.3 | 34.3 | - 19 | - 0.3 |
| Amer. Indian | 100 | 1.0 | 52 | 1.0 | 52.0 | + 1 | + 0.1 |
| Males | 38 | 0.4 | 16 | 0.3 | 42.1 | - 6 | - 0.1 |
| Females | 62 | 0.6 | 36 | 0.7 | 58.1 | + 7 | + 0.2 |
| Total All | 9,733 | 100.0 | 4,999* | 100.0 | 51.4 | -390 | - 7.2 |
| Minorities and Women | 7,171 | 73.7 | 4,004 | 80.1 | 55.8 | + 40 | + 6.5 |
| Women | 5,820 | 59.8 | 3,332 | 66.6 | 57.2 | + 70 | + 6.1 |
| Minorities | 4,641 | 47.7 | 2,932 | 58.6 | 63.2 | +588 | +15.1 |

### FISCAL YEAR 2002 SPECIAL PROGRAM PARTICIPATION BY EEO GROUPS

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Participants | Percentage of Participation | Percentage of EEO Group Participating | Change in Participation FY-01/02 Number | Percent |
|---|---|---|---|---|---|---|---|
| White | 5,092 | 52.3 | 204 | 40.0 | 4.0 | +37 | -8.8 |
| Males | 2,562 | 26.3 | 88 | 17.3 | 3.4 | +27 | -0.6 |
| Females | 2,530 | 26.0 | 116 | 22.7 | 4.6 | +10 | -8.2 |
| Black | 3,491 | 35.9 | 239 | 46.9 | 6.8 | +109 | +8.9 |
| Males | 872 | 9.0 | 89 | 17.5 | 10.2 | +62 | +9.6 |
| Females | 2,619 | 26.9 | 1,961 | 39.2 | 74.9 | +717 | +16.1 |

* Excludes 1,114 additional employees who participated in the mandatory Sexual Harassment Prevention training.
Race and sex distribution was not available at report development.

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

### V.  EMPLOYEE DEVELOPMENT PROGRAMS

## FISCAL YEAR 2002 SPECIAL PROGRAM PARTICIPATION BY EEO GROUPS

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Participants | Percentage of Participation | Percentage of EEO Group Participating | Change in Participation FY-01/02 Number | Change in Participation FY-01/02 Percent |
|---|---|---|---|---|---|---|---|
| Hispanic | 689 | 7.1 | 33 | 6.5 | 4.8 | -3 | -4.0 |
| Males | 278 | 2.9 | 10 | 2.0 | 3.6 | -1 | -1.2 |
| Females | 411 | 4.2 | 23 | 4.5 | 5.6 | -2 | -2.8 |
| Asian Amer. | 361 | 3.7 | 26 | 5.1 | 2.2 | +19 | +3.0 |
| Males | 163 | 1.7 | 14 | 2.7 | 8.6 | +12 | +2.1 |
| Females | 198 | 2.0 | 12 | 2.4 | 6.1 | +7 | +0.9 |
| Amer. Indian | 100 | 1.0 | 8 | 1.6 | 8.0 | +6 | +1.0 |
| Males | 38 | 0.4 | 2 | 0.4 | 5.3 | +1 | +0.1 |
| Females | 62 | 0.6 | 6 | 1.2 | 9.1 | +5 | +0.9 |
| Total All | 9,733 | 100.0 | 510 | 100.0 | 5.2 | +168 | +49.1 |
| Minorities and Women | 7,171 | 73.7 | 422 | 82.7 | 5.9 | +141 | +0.5 |
| Women | 5,820 | 59.8 | 307 | 60.2 | 5.3 | + 67 | -10.0 |
| Minorities | 4,641 | 47.7 | 306 | 60.0 | 6.6 | +131 | +8.8 |

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

**DEPARTMENTWIDE**

**UPDATE**

PROVIDE A NARRATIVE DESCRIBING THE PROBLEM/BARRIERS IDENTIFIED:

## V. EMPLOYEE DEVELOPMENT PROGRAMS

### PROBLEM/BARRIER IDENTIFICATION

While the analysis of the employee development programs and training did not reveal any specific problems or barriers, HUD will continue to monitor and report on all developmental activities and outcome. In addition, we will continue to publicize all training and developmental opportunities using the following methods: Department's Internet, email messages, focus messages, on-line staff bulletins, the HUD Training Academy's Web site Home Page, and hard copy dissemination to local union offices; encourage managers and supervisors to work with minority and female staff in the development of Individual Development Plans (IDP's); and promote participation in the Upward Mobility and Mentoring Programs. No objectives or action items are being established under this program element for Fiscal Year 2003.

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

### DEPARTMENTWIDE

UPDATE

**PROGRAM ELEMENT:**    V. EMPLOYEE DEVELOPMENT

**PROBLEM/BARRIER STATEMENT:**  No problem or barriers identified.

**OBJECTIVE:**  No objectives and action items are being established.

**RESPONSIBLE OFFICIAL:**
**TARGET DATE:**

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|

No objectives and action items are being established for Fiscal Year 2003.

EEOC FORM 566 (8/87)

DV-7

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT



# FISCAL YEAR 2003

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM
## (AEP)

## PLAN UPDATE REPORT

## PROGRAM ELEMENT VI - PROMOTIONS

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## VI. PROMOTIONS

Three separate analyses were conducted of the Department's Fiscal Year 2002 promotion activity. The analyses examined the **Combined promotions, Competitive promotions, and Non-Competitive promotions** granted during Fiscal Year 2002. The total number of promotions (**Combined promotions**) processed **decreased** by 176 or -12.7 percent from Fiscal Year 2001. While the total number *decreased*, the percentages of promotions **increased** by 0.7 percent for minorities and women as a group; by 0.5 percent for women as a group; and by 1.8 percent for minorities as a group.

The analysis also revealed that of the minority employees, 15.7 percent received promotions, followed by women at 15.3 percent, and minority and women employees as a group at 14.3 percent. Looking at the individual EEO groups, 16.5 percent of the Black employees received promotions, followed by Hispanic employees at 14.2 percent, White females at 11.8 percent, Asian American employees at 11.6, and American Indian employees at 11.0 percent. The percentages of **Combined promotions** for Black females, Hispanic males, Hispanic females, Asian American males, Asian American females, and American Indian females **increased** during Fiscal Year 2002. The percentages for White females, Black males, and American Indian males **decreased** during Fiscal Year 2002.

Under **Competitive promotions**, the analysis revealed a **decrease** (-119) in the total number processed during Fiscal Year 2002. Yet, there was an across-the-board **increase** in the percentages of promotions for minorities and women as a group (+6.3%), women as a group (+8.5%), and minorities as a group (+9.3%). Looking at the individual EEO groups, the percentages **increased** for Black females, Hispanic females, Asian American females, and American Indian females. The percentages **decreased** for White females, Black males, Hispanic males, and American Indian males. The percentage for Asian American males remained **unchanged** from Fiscal Year 2001.

Under **Non-competitive promotions**, the analysis also revealed a **decrease** (-57) in the number processed during Fiscal Year 2002. The percentages of promotions **decreased** for minorities and women as a group (-3.7%), women as a group (-6.9%), and minorities as a group (-4.2%) during this reporting cycle. The percentages **increased** for White females, Black males, Hispanic males, Asian American males, Asian American females, and American Indian females. The percentages **decreased** for Black females and Hispanic females. The percentage for American Indian males remained **unchanged** from Fiscal Year 2001. The detailed analyses of the Department's Fiscal Year 2002 promotion activity are as follows:

# AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

### VI. PROMOTIONS

## FISCAL YEAR 2002 COMBINED PROMOTIONS BY EEO GROUPS

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Promotions | Percentage of Promotions | Percentage of EEO Group Promoted | Change in Promotions FY-01/02 Number | Percent |
|---|---|---|---|---|---|---|---|
| **White** | 5,092 | 52.3 | 480 | 39.7 | 9.4 | | |
| Males | 2,562 | 26.3 | 181 | 15.0 | 7.1 | -94 | -1.8 |
| Females | 2,530 | 26.0 | 299 | 24.7 | 11.8 | -66 | -0.7 |
| | | | | | | -58 | -1.1 |
| **Black** | 3,491 | 35.9 | 575 | 47.6 | 16.5 | | |
| Males | 872 | 9.0 | 87 | 7.2 | 10.0 | -80 | +0.3 |
| Females | 2,619 | 26.9 | 488 | 40.4 | 18.6 | -19 | -0.5 |
| | | | | | | -61 | +0.8 |
| **Hispanic** | 689 | 7.1 | 98 | 8.1 | 14.2 | | |
| Males | 278 | 2.9 | 36 | 3.0 | 12.9 | -3 | +0.8 |
| Females | 411 | 4.2 | 62 | 5.1 | 15.1 | +4 | +0.7 |
| | | | | | | -7 | +0.1 |
| **Asian Amer.** | 361 | 3.7 | 42 | 3.5 | 11.6 | | |
| Males | 163 | 1.7 | 16 | 1.3 | 9.8 | +1 | +0.5 |
| Females | 198 | 2.0 | 26 | 2.2 | 13.1 | +1 | +0.2 |
| | | | | | | 0 | +0.4 |
| **Amer. Indian** | 100 | 1.0 | 13 | 1.1 | 11.0 | | |
| Males | 38 | 0.4 | 0 | 0.0 | 0.0 | 0 | +0.2 |
| Females | 62 | 0.6 | 13 | 1.1 | 21.0 | -3 | -0.2 |
| | | | | | | +3 | +0.4 |
| **Total All** | 9,733 | 100.0 | 1,208 | 100.0 | 12.4 | -176 | -12.7 |
| **Minorities and Women** | 7,171 | 73.7 | 1,027 | 85.0 | 14.3 | | |
| Women | 5,820 | 59.8 | 888 | 73.5 | 15.3 | -140 | +0.7 |
| Minorities | 4,641 | 47.7 | 728 | 60.3 | 15.7 | -123 | +0.5 |
| | | | | | | -82 | +1.8 |

# AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

## VI.  PROMOTIONS

### PROMOTION ACTIVITY ANALYSIS (Cont'd)

## FISCAL YEAR 2002 COMPETITIVE PROMOTIONS BY EEO GROUPS

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Promotions | Percentage of Promotions | Percentage of EEO Group Promoted | Change in Promotions FY-01/02 | |
|---|---|---|---|---|---|---|---|
| | | | | | | Number | Percent |
| **White** | 5,092 | 52.3 | 201 | 42.9 | 3.9 | -106 | -9.3 |
| Males | 2,562 | 26.3 | 81 | 17.3 | 3.2 | -58 | -6.3 |
| Females | 2,530 | 26.0 | 120 | 25.6 | 4.7 | -48 | -6.0 |
| **Black** | 3,491 | 35.9 | 206 | 43.9 | 5.9 | -5 | +8.0 |
| Males | 872 | 9.0 | 33 | 7.0 | 3.8 | -18 | -1.7 |
| Females | 2,619 | 26.9 | 173 | 36.9 | 6.6 | +13 | +9.7 |
| **Hispanic** | 689 | 7.1 | 40 | 8.5 | 5.8 | -5 | +0.8 |
| Males | 278 | 2.9 | 19 | 4.0 | 6.8 | -5 | -0.1 |
| Females | 411 | 4.2 | 21 | 4.5 | 5.1 | 0 | +0.9 |
| **Asian Amer.** | 361 | 3.7 | 17 | 3.6 | 4.7 | -3 | +0.2 |
| Males | 163 | 1.7 | 7 | 1.5 | 4.3 | -2 | 0.0 |
| Females | 198 | 2.0 | 10 | 2.1 | 5.1 | -1 | +0.2 |
| **Amer. Indian** | 100 | 1.0 | 5 | 1.1 | 5.0 | 0 | +0.3 |
| Males | 38 | 0.4 | 0 | 0.0 | 0.0 | -3 | -0.5 |
| Females | 62 | 0.6 | 5 | 1.1 | 8.1 | +3 | +0.8 |
| **Total All** | 9,733 | 100.0 | 469 | 100.0 | 4.8 | -119 | -20.2 |
| **Minorities and Women** | 7,171 | 73.7 | 388 | 82.7 | 5.4 | -61 | +6.3 |
| Women | 5,820 | 59.8 | 329 | 70.1 | 5.6 | -33 | +8.5 |
| Minorities | 4,641 | 47.7 | 268 | 57.1 | 5.8 | -13 | +9.3 |

EEOC FORM 566 (8/87)

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

VI. PROMOTIONS

PROMOTION ACTIVITY ANALYSIS (Cont'd)

FISCAL YEAR 2002 NON-COMPETITIVE PROMOTIONS BY EEO GROUPS

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Promotions | Percentage of Promotions | Percentage of EEO Group Promoted | Change in Promotions FY-01/02 | |
|---|---|---|---|---|---|---|---|
| | | | | | | Number | Percent |
| **White** | **5,092** | **52.3** | **279** | **37.7** | **5.5** | | |
| Males | 2,562 | 26.3 | 100 | 13.5 | 3.9 | +12 | +4.1 |
| Females | 2,530 | 26.0 | 179 | 24.2 | 7.1 | +22 | +3.7 |
| | | | | | | -10 | +0.4 |
| **Black** | **3,491** | **35.9** | **369** | **49.9** | **10.6** | | |
| Males | 872 | 9.0 | 54 | 7.3 | 6.2 | -75 | -5.9 |
| Females | 2,619 | 26.9 | 315 | 42.6 | 12.0 | -1 | +0.4 |
| | | | | | | -74 | -6.3 |
| **Hispanic** | **689** | **7.1** | **58** | **7.8** | **8.4** | | |
| Males | 278 | 2.9 | 17 | 2.3 | 6.1 | +2 | +0.8 |
| Females | 411 | 4.2 | 41 | 5.5 | 10.0 | +9 | +1.3 |
| | | | | | | -7 | -0.5 |
| **Asian Amer.** | **361** | **3.7** | **25** | **3.4** | **6.9** | | |
| Males | 163 | 1.7 | 9 | 1.2 | 5.5 | +4 | +0.8 |
| Females | 198 | 2.0 | 16 | 2.2 | 8.1 | + 3 | +0.5 |
| | | | | | | +1 | +0.3 |
| **Amer. Indian** | **100** | **1.0** | **8** | **1.1** | **8.0** | | |
| Males | 38 | 0.4 | 0 | 0.0 | 0.0 | 0 | +0.1 |
| Females | 62 | 0.6 | 8 | 1.1 | 12.9 | 0 | 0.0 |
| | | | | | | 0 | +0.1 |
| **Total All** | **9,733** | **100.0** | **739** | **100.0** | **7.6** | **-57** | **-7.2** |
| **Minorities and Women** | **7,171** | **73.7** | **639** | **86.5** | **8.9** | **-79** | **-3.7** |
| **Women** | **5,820** | **59.8** | **551** | **74.6** | **9.5** | **-98** | **-6.9** |
| **Minorities** | **4,641** | **47.7** | **460** | **62.2** | **9.9** | **-69** | **-4.2** |

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENTWIDE

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

VI. PROMOTIONS

The analysis identified the following problems/barriers:

**UNDESIRED CONDITION:** The percentages of promotions for some EEO groups continue to decrease in all three (3) promotion analyses (Combined, Competitive, and Non-competitive promotions). Their percentages of promotions consistently remain below their percentage of representation in the workforce.

**DESIRED CONDITION:** An increase in the promotion rates for minority and women employees with percentages of promotion consistently below their percentages of representation in the workforce and those who continue to experience decreases in the percentage of promotions being granted during the fiscal year. To be specific: **White females** under all three (3) categories (Combined, Non-competitive, and Competitive); **Black males** under all three (3) categories; **Hispanic males** under Non-competitive promotions; **Asian American males** under all three (3) categories; and **American Indian males** under all three (3) categories.

**ANALYSIS:** The analysis of the Department's Fiscal Year 2002 promotion activity revealed that the percentages of promotions are **below** the percentages of workforce representation for: **White females** (Combined -1.3%, Competitive -0.4%, and Non-competitive -1.8%). Their percentages of Combined and Competitive promotions also decreased during Fiscal Year 2002; **Black males** (Combined -1.8%, Competitive -2.0%, and Non-competitive -1.7%). Their percentages of Combined and Competitive promotions also decreased during Fiscal Year 2002; **Hispanic males** (Non-competitive -0.6%). Their percentage of Non-Competitive promotions also decreased during Fiscal Year 2002); **Asian American** (Combined -0.4%, Competitive -0.2%, and Non-competitive -0.5%); and **American Indian males** (Combined -0.4%, Competitive -0.4%, and Non-competitive -0.4%). No American Indian males received promotions during Fiscal Year 2002.

**PROBABLE BARRIER:** Instances where minorities and women may not be equitably employed in positions or occupational series that allow for promotional potential. Further, the normal attrition rate may have an adverse impact on the availability of eligible candidates from targeted EEO groups for both Non-competitive and Competitive promotions.

**ALTERNATIVE:** Continue to ensure that each Program Office develops and implements an AEP Plan which focuses on internal movement strategies, training and developmental initiatives; continue to publicize internal position vacancies using HUD Web and other on-line technology; continue to utilize the Individual Development Plan (IDP) process, the Mentoring Program, and the Upward

EEOC FORM 566 (8/87)

DVI-5

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENTWIDE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:                    UPDATE

## VI. PROMOTIONS

### PROBLEM/BARRIER IDENTIFICATION (Cont'd)

Mobility Program, Special Employment Programs (e.g. Intern Program), various Educational Partnerships with colleges and universities, and other developmental programs and services suitable for preparing minorities, women, and persons with disabilities, including disabled veterans for career advancement; and continue to monitor the promotion rates for minorities and women, and conduct quarterly impact analyses.

**EXPECTED RESULTS:**  Increased promotion rates for all targeted EEO groups (White females, Black males, Hispanic males, Asian American males, and American Indian males) whose percentages of promotions are **below** their percentages of representation in the workforce and those EEO groups who continue to experience **decreases** in their rate of promotions.

**FOLLOW-UP ACTION:**  Continue to track, monitor, and analyze promotions and report results to top management and in annual accomplishment reports.

EEOC FORM 566 (8/87)

DVI-6

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENTWIDE**

**UPDATE**

**PROGRAM ELEMENT: VI.  PROMOTIONS**

**PROBLEM/BARRIER STATEMENT:** The promotion rates for all EEO groups (White females, Black males, Hispanic males, Asian American males, and American Indian males) are below their percentages of representation in the Department's workforce and/or continue to decrease.

**OBJECTIVE:** An increase in the percentage of promotions for White females under all three (3) categories (Combined, Non-competitive, and Competitive); Black males under all three (3) categories; Hispanic males under Non-competitive promotions; Asian American males under all three (3) categories; and American Indian males under all three (3) categories.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/03

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 1. Develop and implement AEP Plans that focus on internal movement strategies and training and development initiatives for each major Program Office within the Department. | Assistant Secretaries and Principal Organization Heads | 01/31/03 |
| 2. Continue to monitor, analyze, and report on Departmentwide promotion activity and accomplishments. | Director, Affirmative Employment Division | Quarterly with annual reporting 09/30/03 |
| 3. Maintain ODEEO's Web site to ensure that managers, supervisors and employees are aware of their EEO/AE responsibilities and of areas where there are instances of under-representation in the workforce. | Director, Affirmative Employment Division | Ongoing process by Web Master |

EEOC FORM 566 (8/87)

DVI-7

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT



## FISCAL YEAR 2003

### DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM
## (AEP)

## PLAN UPDATE REPORT

## PROGRAM ELEMENT VII - SEPARATIONS

**Pages DVII- 1 through DVII-7**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## VII. SEPARATIONS

Three separate analyses (**Combined, Voluntary, and Involuntary**) were conducted of the Department's Fiscal Year 2002 separation activity. The analysis revealed a total of 482 **Combined separations.** This represents an **increase** of 26 or +5.7 percent from Fiscal Year 2001. Minorities and women comprised 291 or 60.4 percent of all separations, a **decrease** of 5 or -4.5 percent from Fiscal Year 2001; women comprised 228 or 47.3 percent, no change in the number of separations, yet the percentage of separations **decreased** by 2.7 percent; and minorities comprised 146 or 30.3 percent, a **decrease** of 21 or -6.3 percent. Looking at the individual EEO groups, the percentages of separations **decreased** for Black males (-0.9%), Black females (-4.4%), Hispanic males (-1.0%), Hispanic females (-0.8%), and American Indian males (-0.1%). The percentages **increased** for White females (+1.8%), Asian American males (+0.1%), and Asian American females (+0.8%). The percentage for American Indian females remained **unchanged** from Fiscal Year 2001 at 0.4 percent.

The **Combined separations** analysis by EEO group revealed that during Fiscal Year 2002, 7.0 percent of the American Indian employees left the Department, followed by White employees at 6.6 percent (White females at 5.7%); Asian Americans at 3.6 percent; Hispanics at 3.3 percent; and Blacks at 2.9 percent. The largest percentages of employees leaving were American Indian males at 13.2 percent; White females at 5.7 percent; Black males at 4.6 percent; Hispanic males at 4.3 percent; Asian American males at 3.7 percent; Asian American females at 3.5 percent; American Indian females at 3.2 percent; Hispanic females at 2.7 percent; and Black females at 2.4 percent. Despite these attrition rates, HUD was successful in maintaining a workforce that is reflective of the Civilian Labor Force (CLF) for all EEO groups, except White females and Hispanic males.

Under **Voluntary separations,** the analysis revealed that there were 465 separations during Fiscal Year 2002. Minorities and women comprised 276 or 59.3 percent of all separations, a **decrease** of 3 or 4.7 percent over Fiscal Year 2001; women comprised 217 or 46.7 percent, no change in the number of separations, yet their percentage of separations **decreased** by 3.1 percent; and minorities comprised 134 or 28.8 percent, a **decrease** of 19 or -6.3 percent. Looking at the individual EEO groups, the percentages of separations **decreased** for Black males (-0.7%), Black females (-5.2%), Hispanic males (-0.8%), Hispanic females (-0.4%), and American Indian females (-0.3%). The percentages **increased** for White females (+1.6%), Asian American males (+0.2%), and Asian American females (+1.0%). The percentage for American Indian males remained **unchanged** from Fiscal Year 2001 at 1.1 percent.

The analysis further revealed that the **Voluntary separation** rates for White females and American Indian males **exceeded** their percentages of representation in the workforce. The percentages for all other EEO groups were **below** their respective percentages of representation in the workforce.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## VII. SEPARATIONS

Under **Involuntary separations,** the analysis revealed a total of seventeen (17) separations (13-Removals, 3-Terminations, and 1-Resignation in lieu of Termination) during Fiscal Year 2002. This represents a **decrease** of 3 or -15.0 percent. Minorities and women comprised 15 or 88.2 percent, a **decrease** of 2, yet their percentage of separations **increased** by 3.2 percent over Fiscal Year 2001; women comprised 10 or 58.8 percent, a **decrease** of 1, yet their percentage of separations **increased** by 3.8 percent; and minorities comprised 12 or 70.6 percent, a **decrease** of 2, yet their percentage of separations **increased** by 0.6 percent.

The percentage of **Involuntary separations increased** during Fiscal Year 2002 for White females (+2.6%), Black females (+16.2%), and American Indian females (+5.9%). The percentages **decreased** for Black males (-2.4%), Hispanic males (-4.1%), Hispanic females (-10.0%), and Asian American females (-5.0%). During Fiscal Year 2002, there were no Involuntary separations of Hispanic females, Asian Americans and American Indian males. The analysis further revealed that the Involuntary separation rates for Black males, Black females, Hispanic males, and American Indian females **exceeded** their percentages of representation in the workforce. The percentages for all other EEO groups were **below** their respective percentages of representation in the workforce.

A further analysis of all **Involuntary separations** was conducted to determine the nature of these separations. It was revealed that three (3) were based on Unsatisfactory Performance during Probation; eleven (11) were based on Conduct unrelated to performance; two (2) were based on both Conduct and Performance; and one (1) was based on Conduct prior to employment.

See pages DVII-3 through DVII-5 for the statistical analyses of the Department's separation activity during Fiscal Year 2002 and pages DVII-6 and DVII-7 for the Fiscal Year 2003 Problem/ Barrier Analysis, Objectives, and Action Items.

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

## VII. SEPARATIONS

### SEPARATION ACTIVITY ANALYSIS

## FISCAL YEAR 2002 COMBINED SEPARATIONS BY EEO GROUPS

| EEO Groups | Number in Work-force | Percentage of Workforce | Number of Separations | Percentage of Separations | Percentage of EEO Group Separated | Change in Separations FY-01/02 Number | Percent |
|---|---|---|---|---|---|---|---|
| White | 5,092 | 52.3 | 336 | 69.7 | 6.6 | + 47 | + 6.3 |
| Males | 2,562 | 26.3 | 191 | 39.6 | 7.5 | + 31 | + 4.5 |
| Females | 2,530 | 26.0 | 145 | 30.1 | 5.7 | + 16 | + 1.8 |
| Black | 3,491 | 35.9 | 103 | 21.4 | 2.9 | - 19 | - 5.3 |
| Males | 872 | 9.0 | 40 | 8.3 | 4.6 | - 2 | - 0.9 |
| Females | 2,619 | 26.9 | 63 | 13.1 | 2.4 | - 17 | - 4.4 |
| Hispanic | 689 | 7.1 | 23 | 4.8 | 3.3 | - 7 | - 1.8 |
| Males | 278 | 2.9 | 12 | 2.5 | 4.3 | - 4 | - 1.0 |
| Females | 411 | 4.2 | 11 | 2.3 | 2.7 | - 3 | - 0.8 |
| Asian Amer. | 361 | 3.7 | 13 | 2.7 | 3.6 | + 5 | + 0.9 |
| Males | 163 | 1.7 | 6 | 1.2 | 3.7 | + 1 | + 0.1 |
| Females | 198 | 2.0 | 7 | 1.5 | 3.5 | + 4 | + 0.8 |
| Amer. Indian | 100 | 1.0 | 7 | 1.4 | 7.0 | 0 | - 0.1 |
| Males | 38 | 0.4 | 5 | 1.0 | 13.2 | 0 | - 0.1 |
| Females | 62 | 0.6 | 2 | 0.4 | 3.2 | 0 | 0.0 |
| Total All | 9,733 | 100.0 | 482 | 100.0 | 4.9 | + 26 | + 5.7 |
| Minorities and Women | 7,171 | 73.7 | 291 | 60.4 | 4.1 | - 5 | - 4.5 |
| Women | 5,820 | 59.8 | 228 | 47.3 | 3.9 | 0 | - 2.7 |
| Minorities | 4,641 | 47.7 | 146 | 30.3 | 3.1 | - 21 | - 6.3 |

EEOC FORM 566 (8/87)

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENTWIDE

UPDATE

VII.  SEPARATIONS

SEPARATION  ACTIVITY ANALYSIS (Cont'd)

FISCAL YEAR 2002 VOLUNTARY SEPARATIONS BY EEO GROUPS

| EEO Groups | Number in Work-force | Percentage of Workforce | Number of Separations | Percentage of Separations | Percentage of EEO Group Separated | Change in Separations FY-01/02 | |
|---|---|---|---|---|---|---|---|
| | | | | | | Number | Percent |
| White | 5,092 | 52.3 | 331 | 71.2 | 6.5 | + 48 | + 6.3 |
| Males | 2,562 | 26.3 | 189 | 40.7 | 7.4 | + 32 | + 4.7 |
| Females | 2,530 | 26.0 | 142 | 30.5 | 5.6 | + 16 | + 1.6 |
| Black | 3,491 | 35.9 | 93 | 20.0 | 3.0 | - 20 | - 5.9 |
| Males | 872 | 9.0 | 37 | 8.0 | 4.2 | - 1 | - 0.7 |
| Females | 2,619 | 26.9 | 56 | 12.0 | 2.1 | - 19 | - 5.2 |
| Hispanic | 689 | 7.1 | 22 | 4.8 | 3.2 | - 4 | - 1.2 |
| Males | 278 | 2.9 | 11 | 2.4 | 4.0 | - 3 | - 0.8 |
| Females | 411 | 4.2 | 11 | 2.4 | 2.7 | - 1 | - 0.4 |
| Asian Amer. | 361 | 3.7 | 13 | 2.8 | 3.6 | + 6 | + 1.2 |
| Males | 163 | 1.7 | 6 | 1.3 | 3.7 | + 1 | + 0.2 |
| Females | 198 | 2.0 | 7 | 1.5 | 3.5 | + 5 | + 1.0 |
| Amer. Indian | 100 | 1.0 | 6 | 1.3 | 6.0 | - 1 | - 0.3 |
| Males | 38 | 0.4 | 5 | 1.1 | 13.2 | 0 | 0.0 |
| Females | 62 | 0.6 | 1 | 0.2 | 1.6 | - 1 | - 0.3 |
| Total All | 9,733 | 100.0 | 465 | 100.0 | 4.8 | +29 | + 6.6 |
| Minorities and Women | 7,171 | 73.7 | 276 | 59.3 | 3.8 | - 3 | - 4.7 |
| Women | 5,820 | 59.8 | 217 | 46.7 | 3.7 | 0 | - 3.1 |
| Minorities | 4,641 | 47.7 | 134 | 28.8 | 2.9 | - 19 | - 6.3 |

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2003
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

### DEPARTMENTWIDE

UPDATE

### VII.  SEPARATIONS

## FISCAL YEAR 2002 INVOLUNTARY SEPARATIONS BY EEO GROUPS

| EEO Groups | Number in Workforce | Percentage of Workforce | Number of Separations | Percentage of Separations | Percentage of EEO Group Separated | Change in Separations FY-01/02 Number | Change in Separations FY-01/02 Percent |
|---|---|---|---|---|---|---|---|
| **White** | 5,092 | 52.3 | 5 | 29.4 | 0.1 | | |
| Males | 2,562 | 26.3 | 2 | 11.8 | 0.1 | - 1 | - 0.6 |
| Females | 2,530 | 26.0 | 3 | 17.6 | 0.1 | - 1 | - 3.2 |
| | | | | | | 0 | + 2.6 |
| **Black** | 3,491 | 35.9 | 10 | 58.8 | 0.3 | | |
| Males | 872 | 9.0 | 3 | 17.6 | 0.3 | + 1 | +13.8 |
| Females | 2,619 | 26.9 | 7 | 41.2 | 0.3 | - 1 | - 2.4 |
| | | | | | | + 2 | +16.2 |
| **Hispanic** | 689 | 7.1 | 1 | 5.9 | 0.1 | | |
| Males | 278 | 2.9 | 1 | 5.9 | 0.4 | - 3 | -14.1 |
| Females | 411 | 4.2 | 0 | 0.0 | 0.0 | - 1 | - 4.1 |
| | | | | | | - 2 | -10.0 |
| **Asian Amer.** | 361 | 3.7 | 0 | 0.0 | 0.0 | | |
| Males | 163 | 1.7 | 0 | 0.0 | 0.0 | - 1 | - 5.0 |
| Females | 198 | 2.0 | 0 | 0.0 | 0.0 | 0 | 0.0 |
| | | | | | | - 1 | - 5.0 |
| **Amer. Indian** | 100 | 1.0 | 1 | 5.9 | 1.0 | | |
| Males | 38 | 0.4 | 0 | 0.0 | 0.0 | + 1 | + 5.9 |
| Females | 62 | 0.6 | 1 | 5.9 | 1.6 | 0 | 0.0 |
| | | | | | | + 1 | + 5.9 |
| **Total All** | 9,733 | 100.0 | 17 | 100.0 | 0.2 | - 3 | -15.0 |
| **Minorities and Women** | 7,171 | 73.7 | 15 | 88.2 | 0.2 | | |
| Women | 5,820 | 59.8 | 10 | 58.8 | 0.2 | - 2 | + 3.2 |
| Minorities | 4,641 | 47.7 | 12 | 70.6 | 0.3 | - 1 | + 3.8 |
| | | | | | | - 2 | + 0.6 |

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENTWIDE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:                    UPDATE

## VII. SEPARATIONS

The analysis revealed the following problems/barriers:

**UNDESIRED CONDITION:** The attrition rates for some EEO groups may be adversely affecting the Department's ability to attain a workforce that is reflective of the Civilian Labor Force (CLF).

**DESIRED CONDITION:** A workforce that is reflective of the Nation's population.

**ANALYSIS:** The analysis revealed that the attrition rates for *White females* (+1.8%) and *Hispanic males* (-0.9%) are contributing to their continued underrepresentation in the workforce. The percentage of workforce representation for *White females* is 9.3 percent *below* their percentage of availability in the Civilian Labor Force. The percentage of workforce representation of *Hispanic males* is 1.9 percent *below* their percentage of availability in the Civilian Labor Force. In addition and, while not currently under represented in the workforce, the continuing attrition rate for *American Indian males* (13.2 percent voluntarily left HUD during Fiscal Year 2002) may adversely impact their representation in the workforce. The analysis also revealed that the numbers and percentages of *Asian American males* (+1 or +0.1%) and *Asian American females* (+4 or +0.8%) leaving the Department also **increased** during Fiscal Year 2002.

**PROBABLE BARRIER:** The majority of the Department's workforce has reached or is reaching retirement eligibility. As a result, the number of employees electing to voluntarily leave the Department continues to increase.

**ALTERNATIVE:** With employees electing to voluntarily leave the Department, many through retirement, few alternatives are available. However, the Department will continue to utilize the Exit Interview Questionnaire to solicit reasons for leaving the Department and assess the rates of separations for each EEO group and the various reasons; continue to encourage the use of training and career development programs and internal movements as a means of providing employees with other career options, and monitor the implementation of HUD's Strategic Human Capital Management Plan. Also See Program Element IV-Recruitment and Hiring, page DIV-6 and Program Element DVI-Promotions, page DVI-7 for related Objectives and Action Items.

**EXPECTED RESULTS:** The Department will attempt to maintain a diversified workforce and fully utilize the skills and capabilities of its employees.

**FOLLOW-UP ACTION:** Continue to monitor, analyze, and report on the various types of and reasons for separations, conduct adverse impact analyses of HUD's shrinking workforce, and assess the implementation of its Human Capital Management Plan.

EEOC FORM 566 (8/87)

DVII-6

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2003
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENTWIDE

UPDATE

PROGRAM ELEMENT: VII.  SEPARATIONS

PROBLEM/BARRIER STATEMENT:  The high attrition rate of some EEO groups may be adversely affecting the Department's ability to attain and retain a workforce that is representative of the Civilian Labor Force (CLF).

OBJECTIVE:  Monitor and assess the rate of separations (Combined, Voluntary and Involuntary) for all EEO groups, with emphasis on White females, Hispanic males, American Indian males, and Asian American males and females to determine the adverse impact, if any, on the Department's ability to attain a workforce that is reflective of the Nation's diversity.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/03

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 1.  Refocus the use of Exit Interview Questionnaires to assess the reasons for separating from the Department. | Assistant Secretary for Administration and Director, Office of Departmental Equal Employment Opportunity (ODEEO) | Ongoing with annual reporting 09/30/03 |
| 2.  Continue to monitor, analyze, and report on Department-wide separation activity. | Director, Affirmative Employment Division, ODEEO | Ongoing with annual reporting 09/30/03 |
| 3.  Monitor HUD's implementation of its Human Capital Management Plan. | Director, ODEEO and Director, Affirmative Employment Division | Ongoing with annual reporting 09/30/03 |

EEOC FORM 566 (8/87)

DVII-7

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT



# FISCAL YEAR 2003

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## PLAN UPDATE REPORT

## PROGRAM ELEMENT VIII - PROGRAM EVALUATION

**Pages DVIII-1 through DVIII-3**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENTWIDE**

**UPDATE**

**VIII.  PROGRAM EVALUATION**

The Department continues to maintain and manage the Department's internal tracking and reporting system (EEOMAS-Equal Employment Opportunity Monitoring and Analysis System). EEOMAS is the Department's official system that continually audits, monitors, and evaluates each Program Office's activities and progress in the eight (8) AEP Program Elements through the generation of both pre-set reports and ad hoc inquiry capability.  The Director of EEO/Director, Office of Departmental Equal Employment Opportunity (ODEEO), has lead responsibility for this system. The day-to-day operation and management of the system rest with the Director of the Affirmative Employment Division, Office of Departmental Equal Employment Opportunity.  All Assistant Secretaries and Principal Organization Heads, the designated EEO Officers for their respective organizations, have on-line access to EEOMAS which provides immediate management information on their organization's workforce composition and employment trends.  While EEOMAS is fully operational, it is being replaced with a more up-to-date, user-friendly system entitled "Visual Powerfiles – EEOTRACS".  The system is currently in the testing/debugging process and should be fully operational within the next few months.  The implementation of EEOTRACS is included as a Fiscal Year 2003 action item under this program element.

HUD also continues to utilize the National Finance Center's (NFC) quarterly computerized reports and ad hoc queries to monitor, track, evaluate, and report on each Program Office's progress in achieving their AEP Plan objectives, activities, and accomplishments.

In addition to the above computerized program evaluation methods currently in place, the Department continued to enforce the following initiatives to achieve its EEO/AE program goals and objectives:

- EEO/AE/Cultural Diversity is a mandatory critical element in the performance appraisals of Senior Executive Service (SES) staff, managers and supervisors.

- ODEEO's web site continues to provide on-line information on the Department's EEO/AE Programs including the posting of the AEP Plan covering minorities and women, the AEP Plan covering persons with disabilities, the Diversity Plan, the Federal Equal Opportunity Recruitment Plan (FEORP), the Disabled Veterans Affirmative Action Program (DVAAP) Plan, and the provisions of Reasonable Accommodations.  It also includes specific information on EEO Complaint processing, Alternative Dispute Resolution (ADR), Special Emphasis Programs, the Joint Venture group, and ODEEO's staff and areas of responsibilities in support of the above programs and activities.

- Mandated Sexual Harassment Prevention Training for all HUD employees.  During Fiscal Year 2002, 1,114 employees completed the mandatory training.  However, due to continuing E-training operational problems, the target completion date was extended to September 2003.

**EEOC FORM 566 (8/87)**                                                                 **DVIII-1**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2003**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENTWIDE**

UPDATE

## VIII.  PROGRAM EVALUATION

- Electronic mail notices, Staff Bulletins, memoranda, policy statements, fact sheets, and Joint Venture activities, in addition to the information provided on ODEEO's Web site Home Page, are used to provide employees with information regarding the Affirmative Employment Program, the EEO Discrimination Complaint process, EEO Counselors, Alternative Dispute Resolution Program, and training and development opportunities.

- Mandatory attendance by all newly appointed managers and supervisors at a training course entitled "Personnel Practices for Supervisors" which contains a module on EEO/AE and Alternative Dispute Resolution Program and Techniques.

- Prominently displayed posters of EEO Counselors throughout Headquarters and Field Office buildings containing information on how to file EEO complaints.

### PROBLEM/BARRIER IDENTIFICATION

While the Fiscal Year 2002 year-end analysis did not reveal any problems/barriers under this program element, one objective and action item are being established for Fiscal Year 2003.  The objective is to finalize the full implementation of Visual Powerfiles – EEOTRACS, the system chosen to replace EEOMAS-Equal Employment Opportunity Monitoring and Analysis System.  EEOTRACS is a total information management and reporting system and includes the following capabilities: Affirmative Employment Plan Development and Reporting; Ad Hoc Analysis; Advanced Statistical Analysis Summaries; EEO Complaint Tracking and Reporting; EEO Complaint Document Management and Correspondence Development; and Applicant Flow and Adverse Impact Analysis. The procurement of the system was completed; the Office of Departmental Equal Employment Opportunity (ODEEO) staff was trained on its operations; and the system was installed for ODEEO staff use.  However, at present, EEOTRACS is still undergoing the testing and debugging phase of its implementation.  As a result, both EEOMAS and EEOTRACS are being used simultaneously until the testing phase is complete and the system is fully operational.  Full implementation of EEOTRACS has been included as an action item under this program element.