```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


WILLIAM C. KING,               )
                               )
      Plaintiff,               )
                               )  Civ. Action No. 05-1074 (RJL)
          v.                   )
                               )
ALPHONSO R. JACKSON,           )
   Secretary Of Housing And    )
                               )
      Defendant.               )
_____)
```

**NOTICE OF FILING**

Plaintiff to the above action respectfully requests that the Court take notice of the attached proposed Order, which was inadvertently not filed with Plaintiff's Opposition To Defendant's Motion To Dismiss.

```
                         Respectfully submitted,

                         Robert C. Seldon, Esq.
                            D.C. Bar No. 245100
                         Molly E. Buie, Esq.
                            D.C. Bar No. 483767
                         Robert C. Seldon & Associates, P.C.
                         1319 F Street, N.W., Suite 305
                         Washington, D.C.  20004
                         Ph (202) 955-6968
                         Fax (202) 318-2287



                         By: _____

                         Counsel for Plaintiff
```