**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WILLIAM C. KING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civ. Action No. 05-1074 (RJL)** |
| **v.** | ) | |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | |
| **Secretary Of Housing And** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Motion To Dismiss, Plaintiff's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Defendant's Motion be, and the same hereby is, DENIED.

Dated this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE