IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM C. KING, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05CV01074 (RJL) |
| ) | |
| v. ) | |
| ) | |
| ALPHONSO R. JACKSON, ) | |
|   SECRETARY OF HOUSING AND ) | |
|   URBAN DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Alphonso R. Jackson, Secretary of Housing and Urban Development, moves the Court for an extension of time, until September 19, 2005, for defendant to submit the Reply to the Opposition to Defendant's Motion to Dismiss. Counsel for plaintiff has given his consent to this Motion. The reasons in support of this Motion are as follows.

1. Plaintiff filed his Opposition to Defendant's Motion to Dismiss on August 25, 2005, after receiving an extension of time to which defense counsel consented.

2. Defendant's Reply to the Opposition to Defendant's Motion to Dismiss is currently due on September 7, 2005.

3. Due to undersigned counsel's current time-consuming caseload and the upcoming Labor Day holiday, counsel for defendant needs additional time in order to respond to plaintiff's opposition.

4. Moreover, a new supervising attorney has just replaced the prior supervising attorney, who has recently departed from the U.S. Department of Justice.

5. There have been no previous extensions requested by defendant in this case to date.

6. There are no other deadlines currently scheduled by the Court. Thus, this extension will not affect any other previously scheduled deadline.

Therefore, defendant respectfully requests that the Court extend the date for defendant to reply to the Opposition to Defendant's Motion to Dismiss to September 19, 2005.

                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

  /s/ Renée S. Orleans
JENNIFER R. RIVERA (VA Bar # 29281)
RENÉE S. ORLEANS (MD Bar)
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7120
Washington, D.C. 20530
Phone: (202) 514-4504; Fax: (202) 616-8470
Email: renee.orleans@usdoj.gov

Dated: August 31, 2005  **Counsel for Defendant**