IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM C. KING, | ) |
|       Plaintiff, | ) Case No. 1:05CV01074 (RJL) |
| v. | ) |
| ALPHONSO R. JACKSON,<br>  SECRETARY OF HOUSING AND<br>  URBAN DEVELOPMENT, | ) |
|       Defendant. | ) |

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time, it is hereby

ORDERED that Defendant's Motion be GRANTED and that Defendant's Reply to the Opposition to Defendant's Motion to Dismiss be due no later than September 19, 2005.

Dated: _____, 2005

_____
RICHARD J. LEON
United States District Judge