FILED
MAR 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| William C. King, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 05-1074 (RJL) |
| Alphonso R. Jackson, Secretary of Housing and Urban Development, | ) |
| Defendant. | ) |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 22nd day of March 2006, hereby

**ORDERED** that [#5] Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge