# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5149**                          **September Term, 2006**

WILLIAM C. KING,

        APPELLANT

v.

ALPHONSO R. JACKSON, SECRETARY OF HOUSING AND URBAN DEVELOPMENT,
        APPELLEE

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED   **MAY 2 9 2007**
>
> CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01074)

> FILED
> JUL 2 7 2007
> NANCY MAYER WHITTINGTON, CLERK
> U.S. DISTRICT COURT

Before: SENTELLE, HENDERSON and TATEL, *Circuit Judges*.

### JUDGMENT

    This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

    **ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam



> **MANDATE**
> Pursuant to the provisions of Fed. R. App. Pro. 41(a)
> ISSUED: _____ 7, 26, 07
> BY: _____ Deputy Clerk
> ATTACHED: ___ Amending Order
> ___ Opinion
> ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____

Michael C. McGrail
Deputy Clerk

Date: May 29, 2007

Opinion for the court filed by Circuit Judge Tatel.

A True copy:

    United States Court of Appeals
    for the District of Columbia Circuit

By: _____ Deputy Clerk